# In The United States Court of Federal Claims

No. 05-743 T

(Filed: September 30, 2005)

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference in the related matter of *Dismore v. United States*, 04-1787T has been rescheduled for Wednesday, October 5, 2005, at 2:00 p.m. (EST). During that status conference, parties will discuss the pending joint motion for suspension of proceedings in this case. Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M.. Allegra
Francis M. Allegra
Judge