# In The United States Court of Federal Claims

No. 05-743 T

(Filed: October 5, 2005)

---

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference was held in this case on October 5, 2005. Participating in this conference were, on behalf of plaintiff, Teresa J. Womack, and, on behalf of defendant, Ellen C. Specker. During the status conference, the parties discussed the pending joint motion for suspension of proceedings in this case. Accordingly, the motion is **GRANTED,** in part, and **DENIED,** in part. This case shall be stayed until further notice.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge