IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ELWOOD J. LEBLANC, JR. and JANICE L. LEBLANC | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO. 05-743T |
| | § | Judge Frances M. Allegra |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

# Plaintiffs' Motion to Substitute Lead Counsel

Pursuant to RCFC 83.1(c)(4), Teresa J. Womack enters her appearance as Lead Counsel/Attorney of Record on behalf of Plaintiffs Elwood J. LeBlanc, Jr. and Janice L. LeBlanc in the above styled and captioned matter.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
**Counsel for Elwood J. LeBlanc, Jr. and Janice L. LeBlanc**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ELWOOD J. LEBLANC, JR. and JANICE L. LEBLANC | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO. 05-743T |
| | § | Judge Frances M. Allegra |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

# Declaration of Appointment

I, Teresa J. Womack, have been authorized to enter my appearance as Lead Counsel/Attorney of Record on behalf of Elwood J. LeBlanc, Jr. and Janice L. LeBlanc by Thomas E. Redding, the current Lead Counsel/Attorney of Record for Elwood J. LeBlanc, Jr. and Janice L. LeBlanc. The Dismore retained the law firm of Redding & Associates, P.C. to represent them in this matter. I am an attorney employed by Redding & Associates, P.C.

I declare under penalty of perjury that the forgoing statement is true and correct and based upon by personal knowledge.

11/18/05
Date

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
**Counsel for Elwood J. LeBlanc, Jr. and Janice L. LeBlanc**