# In The United States Court of Federal Claims

No. 05-743 T

(Filed: June 15, 2007)

---

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 5, 2005, this court stayed proceedings in this case pending resolution of *Dismore v. United States*, *No. 04-1787*. Due to the failure of plaintiff's counsel to pursue plaintiff's case in *Dismore*, the court hereby lifts the stay on this case and restores it to the active docket.

On or before July 13, 2007, the parties shall file a joint status report indicating how this case shall proceed.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge