# In The United States Court of Federal Claims

No. 05-743 T

(Filed: September 26, 2007)

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

A status conference will be held in this case on Friday, October 5, 2007, at 2:00 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge