# In The United States Court of Federal Claims

No. 05-743 T

(Filed: September 27, 2007)

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The status conference that was originally scheduled to be held at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. has been change to be held telephonically on Friday, October 5, 2007, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge