# In The United States Court of Federal Claims

No. 05-743 T

(Filed: October 5, 2007)

---

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 5, 2007, the court held a telephonic status conference in this case. Participating in this conference were Theresa Womack for plaintiffs, and Bart Duncan Jeffries, for defendant. Based on the discussions held during the conference, the court hereby orders that on or before December 7, 2007, defendant shall file a response to the complaint. **No enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge