***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| ELWOOD J. LEBLANC, JR. and JANICE L. LEBLANC , | ) | |
| Plaintiffs, | ) | **No. 05-743 T** |
| | ) | **(Judge Francis M. Allegra)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Pursuant to RCFC 83.1(c)(5), please enter the appearance of Karen Servidea as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

Karen Servidea, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

October 17, 2007

________________________________

Karen Servidea
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 616-3423
Fax (202) 514-9440
Karen.E.Servidea@usdoj.gov