No. 05-743 T
(Judge Francis M. Allegra)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ELWOOD J. LEBLANC, JR. and JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

APPENDIX B TO BRIEF FOR THE UNITED STATES
IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT

RICHARD T. MORRISON
Acting Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
KAREN SERVIDEA
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423
(202) 514-9440 (Fax)

TABLE OF CONTENTS


| Exhibit Number | Page | Description | Source |
|---|---|---|---|
| N/A | B-1 | Declaration of Karen Servidea | N/A |
| 1 | B-3 | U.S. Partnership Return of Income of Agri-Cal Venture Associates for the taxable year ending November 30, 1986 | Plaintiffs' counsel |
| 2 | B-14 | Plaintiffs' 1986 U.S. Individual Income Tax Return | Plaintiffs' counsel |
| 3 | B-22 | Plaintiffs' Form K-1, Partner's Share of Income, Credits, Deductions, etc. for the November 30, 1986, taxable year of Agri-Cal Venture Associates | Plaintiffs' counsel |
| 4 | B-26 | IRS transcript for plaintiffs' 1986 taxable year | Plaintiffs' counsel |
| 5 | B-29 | Notice of Final Partnership Administrative Adjustment for the November 30, 1986, taxable year of Agri-Cal Venture Associates | Plaintiffs' counsel |
| 6 | B-35 | Petition to the United States Tax Court in the case of *Agri-Cal Venture Associates v. Commissioner of Internal Revenue*, Docket No. 12530-90 | Public records of the United States Tax Court |
| 7 | B-49 | Letter dated May 5, 2000, from plaintiffs' counsel to the IRS, enclosing a partial settlement offer (Form 870-P(AD)) signed by plaintiffs | Plaintiffs' counsel |
| 8 | B-53 | Partial settlement agreement (Form 870-P(AD)) signed by plaintiffs and the IRS | Plaintiffs' counsel |
| 9 | B-55 | Notice of computational adjustment (Form 4549) for plaintiffs' 1986 taxable year, sent from the IRS to plaintiffs, dated March 5, 2001 | Plaintiffs' counsel |
| 10 | B-63 | Notice of assessment for plaintiffs' 1986 taxable year, from the IRS to plaintiffs, dated March 26, 2001 | Plaintiffs' counsel |

TABLE OF CONTENTS (CONTINUED)


| Exhibit Number | Page | Description | Source |
|---|---|---|---|
| 11 | B-67 | Decision of the United States Tax Court in the case of *Agri-Cal Venture Associates v. Commissioner of Internal Revenue*, Docket No. 12530-90 | Public records of the United States Tax Court |
| 12 | B-70 | Certified Record of Assessments, Payments, and Other Specified Matters for plaintiffs' 1999 taxable year | IRS administrative files |
| 13 | B-74 | Letter dated May 24, 2002, from plaintiffs' counsel to the IRS, enclosing a refund claim for plaintiffs' 1999 taxable year | IRS administrative files |
| 14 | B-84 | Letter dated July 10, 2003, from the IRS to plaintiffs, disallowing their 1999 refund claim | IRS administrative files |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-743 T
(Judge Francis M. Allegra)

ELWOOD J. LEBLANC, JR. and JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DECLARATION OF KAREN SERVIDEA

I, Karen Servidea, make the following declaration based on personal knowledge of the following facts:

I am the Department of Justice trial attorney assigned to defend this case. I am appending copies of the following documents, which I received from the Internal Revenue Service in connection with this case and, which, to the best of my knowledge and belief, are true and correct copies of what they purport to be:[1]

| Exhibit | Description |
|---|---|
| 13 | Letter dated May 24, 2002, from plaintiffs' counsel to the IRS, enclosing a refund claim for plaintiffs' 1999 taxable year |
| 14 | Letter dated July 10, 2003, from the IRS to plaintiffs, disallowing their 1999 refund claim |

[1]Personal information has been redacted from the attached copies pursuant to General Order 42A of the United States Court of Federal Claims.

Executed in Washington, D.C. under penalty of perjury on December 7, 2007.

/s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423

# Defendant's Exhibit 1

7878-ʳ 0ᴜ> 02

INITIAL RETURN

CC

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Partnership Return of Income

For calendar year 1985, or fiscal year beginning DEC 1, 1985 and ending NOV 30, 1986

OMB No. 1545-0099

**1985** COPY

A Principal business activity: FARMING

B Principal product or service: CROPS VINEYARDS

C Business code number: 0400

Name: AGRI-CAL VENTURE ASSOCIATES C/O AMERICAN AGRI-CORP

Number and street: 5000 BIRCH ST., EAST TWR STE 610

City or town, State, and ZIP code: NEWPORT BEACH CA 92660

D Employer identification number: 33-0189461

E Date business started: SEPT 2, 1986

F Enter total assets at end of year: $ 7,127,393.

G Check method of accounting: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other

H Check applicable boxes: (1) [ ] Final return (2) [ ] Change in address (3) [ ] Amended return

I Number of partners in this partnership ▶ 242

| | Yes | No |
|---|---|---|
| J Is this partnership a limited partnership (see page 3 of Instructions)? | X | |
| K Is this partnership a partner in another partnership? | X | |
| L Are any partners in this partnership also partnerships? | | X |
| M Does the partnership meet all the requirements shown on page 5 of the Instructions under Question M | | X |
| N Was there a distribution of property or a transfer of a partnership interest during the tax year? If "Yes," see page 5 of the Instructions concerning an election to adjust the basis of the partnership's assets under section 754 | | X |
| O At any time during the tax year, did the partnership have an interest in or a signature or other authority over a bank account, securities account, or other financial account in a foreign country (see page 5 of Instructions)? If "Yes," write the name of the foreign country ▶ | | X |
| P Was the partnership the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the partnership or any partner has any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 (See page 5 of Instructions.) | | X |

Q Check this box if the partnership has filed or is required to file **Form 8264**, Application for Registration of a Tax Shelter [X]

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts/sales $ ____ 1b Minus returns & allowances $ ____ Bal. ▶ | 1c |
| 2 | Cost of goods sold and/or operations (Schedule A, line 7) | |
| 3 | Gross profit (subtract line 2 from line 1c) | |
| 4 | Ordinary income (loss) from other partnerships and fiduciaries SEE STATEMENT 1 | -1,309,608. |
| 5 | Taxable interest and nonqualifying dividends | 6,409. |
| 6a | Gross rents $ ____ b Minus rental expenses (attach schedule) $ ____ c Balance net rental income (loss) ▶ | |
| 7 | Net income (loss) from royalties (attach schedule) | |
| 8 | Net farm profit (loss) (attach Schedule F (Form 1040)) | -32,181,001. |
| 9 | Net gain (loss) (Form 4797, line 17) | |
| 10 | Other income (loss) | |
| 11 | TOTAL income (loss) (combine lines 3 through 10) | -33,484,200. |

## Deductions

| Line | Description | Amount |
|---|---|---|
| 12a | Salaries and wages (other than to partners) $ ____ 12b Minus jobs credit $ ____ Bal. ▶ | 12c |
| 13 | Guaranteed payments to partners (see page 7 of Instructions) | |
| 14 | Rent | |
| 15a | Total deductible interest expense not claimed elsewhere on return (see page 7 of Instructions.) 15a ____ | |
| b | Minus interest expense required to be passed through to partners on Schedule K-1 (1065), lines 10, 15a(2), and 15a(3) 15b ____ | |
| c | Balance ▶ | 15c |
| 16 | Taxes | |
| 17 | Bad debts (see page 7 of Instructions) | |
| 18 | Repairs | |
| 19a | Depreciation from Form 4562 (attach Form 4562) $ ____ 19b Minus depreciation claimed on Schedule A and elsewhere on return $ ____ Balance ▶ | 19c |
| 20 | Depletion (Do not deduct oil and gas depletion. See page 8 of Instructions.) | |
| 21a | Retirement plans, etc. (see page 8 of Instructions) | |
| b | Employee benefit programs (see page 8 of Instructions) | 21b |
| 22 | Other deductions (attach schedule) SEE STATEMENT 4 | 634,885. |
| 23 | TOTAL deductions (add amounts in column for lines 12c through 22) | 634,885. |
| 24 | Ordinary income (loss) (subtract line 23 from line 11) | -34,119,085. |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of general partner ▶ Date

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ▶ [ ] | Preparer's social security no.

Firm's name (or yours, if self-employed) and address: JONES & MOYER, CPA'S 2290 STATE COLLEGE BLVD. FULLERTON, CALIFORNIA

E.I. No. ▶ 95-3876414

ZIP Code ▶ 92631

95-2396893

AGRI-CAL VENTURE OCIATES 005 78-50 03
33-0189461
Form 1065 (1985) Page 2

## SCHEDULE A Cost of Goods Sold and/or Operations (See Page 8 of Instructions.)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases minus cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Other costs (attach schedule) | 4 | |
| 5 | Total (add lines 1 through 4) | 5 | |
| 6 | Inventory at end of year | 6 | |
| 7 | Cost of goods sold (subtract line 6 from line 5). Enter here and on page 1, line 2 | 7 | |

8 a Check all methods used for valuing closing inventory:
(i) ☐ Cost
(ii) ☐ Lower of cost or market as described in regulations section 1.471-4 (see page 8 of Instructions)
(iii) ☐ Writedown of "subnormal" goods as described in regulations section 1.471-2(c) (see page 9 of Instructions)
(iv) ☐ Other (specify method used and attach explanation) ▶
b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐
c If you are engaged in manufacturing, did you value your inventory using the full absorption method (regulations section 1.471-11)? ☐ Yes ☐ No
d Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

## SCHEDULE B Distributive Share Items (See Pages 9-11, and 14 of Instructions.)

| (a) Distributive share items | | (b) Total amount |
|---|---|---|
| 1 Net long-term capital gain (loss) | 1 | |
| 2 Other net gain (loss) under section 1231 and specially allocated ordinary gain (loss) | 2 | |
| 3 a If the partnership had income from outside the United States, enter the name of the country or U.S. possession ▶ | | |
| b Total gross income from sources outside the United States | 3b | |

## SCHEDULE L Balance Sheets (See Pages 5 and 9 of Instructions and Question M on Page 1 Before Completing Schedules L and M.)

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | 4,518,609. |
| 2 Trade notes & accounts receivable | | | | |
| a Minus allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 Federal and State government obligations | | | | |
| 5 Other current assets | STMT 5 | | | 27,550. |
| 6 Mortgage and real estate loans | | | | |
| 7 Other investments | STMT 6 | | | 2,239,094. |
| 8 Buildings and other depreciable assets | | | | |
| a Minus accumulated depreciation | | | | |
| 9 Depletable assets | | | | |
| a Minus accumulated depletion | | | | |
| 10 Land (net of any amortization) | | | | |
| 11 Intangible assets | | | 253,200. | |
| a Minus accumulated amortization | | | 12,660. | 240,540. |
| 12 Other assets | STMT 7 | | | 101,600. |
| 13 TOTAL assets | | | | 7,127,393. |
| **Liabilities and Capital** | | | | |
| 14 Accounts payable | | | | 10,000. |
| 15 Mortgages, notes, and bonds payable in less than 1 year | | | | 27,607,878. |
| 16 Other current liabilities | | | | |
| 17 All nonrecourse loans | | | | |
| 18 Mortgages, notes, and bonds payable in 1 year or more | | | | 968,600. |
| 19 Other liabilities | | | | |
| 20 Partners' capital accounts | | | | -21,459,085. |
| 21 TOTAL liabilities and capital | | | | 7,127,393. |

## SCHEDULE M Reconciliation of Partners' Capital Accounts (See Page 9 of Instructions.)
(Show reconciliation of each partner's capital account on Schedule K-1 (Form 1065), Question G.)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from page 1, line 24 | (d) Income not included in column (c), plus nontaxable income |
|---|---|---|---|
| | 12,660,000. | -34,119,085. | |

| (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|
| | | -21,459,085. |


95-2396893
000273

AGRI-CAL VENTURE AS' 'IATE. 005 78-50 04

SCHEDULE F (Form 1040)
Department of the Treasury Internal Revenue Service

# Farm Income and Expenses

▶ Attach to Form 1040, Form 1041, or Form 1065.
▶ See Instructions for Schedule F (Form 1040).

OMB No. 1545-0074
**1985**
14

Name of proprietor(s): AGRI-CAL VENTURE ASSOCIATES
C/O AMERICAN AGRI-CORP

Social security number (SSN)

A Agricultural Activity Code. (Write in the code that best describes your principal income - producing activity. The codes are listed on page 2 of this schedule.) ▶ 0180

B Principal Product. (Describe in one or two words your principal crop or output for the current tax year.) ▶ NURSERY STOCK

If you disposed of commodities received under payments-in-kind (PIK) program, check the box(es) that apply:
☐ Feed for livestock ☐ Sold and reported in income

Employer ID number (NOT SSN): 33-0189461

## Part I Farm Income - Cash Method - Complete Parts I and II

(Accrual method taxpayers complete Parts II and III, and line 12 of Part I.)
**Do not include sales of livestock held for draft, breeding, sport, or dairy purposes; report these sales on Form 4797.**

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Sales of livestock and other items you bought for resale | 1 | |
| 2 | Cost or other basis of livestock and other items you bought for resale | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Sales of livestock, produce, grains, and other products you raised | 4 | |
| 5a | Total distributions received from cooperatives (from Form 1099-PATR) | 5a | |
| 5b | Less: Nonincome items | 5b | |
| 6 | Net distributions. Subtract line 5b from line 5a | 6 | |
| 7 | Agricultural program payments: | | |
| 7a | Cash | 7a | |
| 7b | Materials and services | 7b | |
| 8 | Commodity credit loans under election (or forfeited) | 8 | |
| 9 | Crop insurance proceeds | 9 | |
| 10 | Machine work | 10 | |
| 11 | Other income, including Federal and state gasoline tax credit or refund | 11 | |
| 12 | **Gross income.** Add amounts on lines 3, 4, 6, and 7a through 11. If accural method taxpayer, enter the amount from Part III, line 52 ▶ | 12 | |

## Part II Farm Deductions - Cash and Accrual Method

**Do not include personal or living expenses (such as taxes, insurance, repairs, etc. on your home), which do not produce farm income. Reduce the amount of your farm deductions by any reimbursements before entering the deduction below.**

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 13 | Breeding fees | | 26 | Mortgage interest paid to financial institutions | |
| 14 | Chemicals | | 27 | Other interest | |
| 15 | Conservation expenses | | 28 | Pension and profit-sharing plans | |
| 16 | Depreciation, and Section 179 expense deduction (from Form 4562) | | 29 | Rent of farm, pasture | 2,583,838. |
| 17 | Employee benefit programs other than on line 28 | | 30 | Repairs, maintenance | |
| 18 | Feed purchased | | 31 | Seeds, plants purchased | 1,830,537. |
| 19 | Fertilizers and lime | 6,293,761. | 32 | Storage, warehousing | |
| 20 | Freight, trucking | | 33 | Supplies purchased | |
| 21 | Gasoline, fuel, oil | | 34 | Taxes | |
| 22 | Insurance | | 35 | Utilities | |
| 23a | Labor hired | | 36 | Veterinary fees, medicine | |
| 23b | Jobs credit | | 37 | Other expenses (specify): SEE STATEMENT 2 | 21,472,865. |
| 23c | Balance (subtract line 23b from line 23a) | | | | |
| 24 | Land clearing (see instructions) | | | | |
| 25 | Machine hire | | | | |

| Line | Description | | Amount |
|---|---|---|---|
| 38 | **Total deductions from Part II.** Add amounts in columns for lines 13 through 37e ▶ | 38 | 32,181,001. |
| 39 | **Net farm profit or (loss)** (subtract line 38 from line 12). If a profit, enter on Form 1040, line 19, and on Schedule SE, Part I, line 1. If a loss, you **MUST** go on to line 40. (Fiduciaries and partnerships, see the instructions.) | 39 | -32,181,001. |

40 If you have a loss, you **MUST** answer this question:
"Do you have amounts for which you are not at risk in this farm (see instructions)?" ☐ Yes ☒ No
If "Yes," you **MUST** attach **Form 6198**. If "No," enter the loss on Form 1040, line 19, and on Schedule SE, Part I, line 1.

AGRI-CAL VENTURE ^^SOCI. :S 005 ^^378-50 05
33-0189461

SCHEDULE K
(Form 1065)

Department of the Treasury
Internal Revenue Service

# Partners' Shares of Income, Credits, Deductions, etc.

▶ File this form if there are more than ten Schedules K-1 (Form 1065) to be filed with Form 1065.
▶ Attach to Form 1065. ▶ See instructions for Schedule K (Form 1065) in the Instructions for Form 1065.

OMB No. 1545-0099

**1985**

Name of partnership AGRI-CAL VENTURE ASSOCIATES
C/O AMERICAN AGRI-CORP

Employer identification number 33-0189461

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) (page 1, line 24) | *1 | -34,119,085. |
| | 2 Guaranteed payments | 2 | |
| | 3 Dividends qualifying for exclusion | 3 | |
| | 4 Net short-term capital gain (loss) (Schedule D, line 4) | *4 | |
| | 5 Net long-term capital gain (loss) (Schedule D, line 9) | *5 | |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | *6 | |
| | 7 Other | 7 | |
| Deductions | 8 Charitable contributions (attach list) | 8 | |
| | 9 Expense deduction for recovery property (section 179) from Form 4562 | *9 | |
| | 10 Other | 10 | |
| Credits | 11 Credit for income tax withheld | 11 | |
| | 12 Other | *12 | |
| Self-Employment | 13a Net earnings (loss) from self-employment | 13a | |
| | b Gross farming or fishing income | 13b | |
| | c Gross non-farm income | 13c | |
| Tax Preference Items | 14a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | 14a | |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | 14b | |
| | c Depletion (other than oil and gas) | 14c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 14d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 14d(2) | |
| | e (1) Qualified investment income included on page 1, Form 1065 | 14e(1) | 6,409. |
| | (2) Qualified investment expenses included on page 1, Form 1065 | 14e(2) | 31,738,390. |
| | f Other (attach schedule) | 14f | |
| Investment Interest | 15a Interest expense on: | | |
| | (1) Investment debts incurred before 12/17/69 | 15a(1) | |
| | (2) Investment debts incurred before 9/11/75, but after 12/16/69 | 15a(2) | |
| | (3) Investment debts incurred after 9/10/75 | 15a(3) | |
| | b (1) Investment income included on page 1, Form 1065 | 15b(1) | 6,409. |
| | (2) Investment expenses included on page 1, Form 1065 | 15b(2) | |
| | c (1) Income from "net lease property" | 15c(1) | |
| | (2) Expenses from "net lease property" | 15c(2) | |
| Foreign Taxes | 16a Type of income | | |
| | b Foreign country or U.S. possession* | *16c | |
| | c Total gross income from sources outside the U.S. (attach schedule) | 16d | |
| | d Total applicable deductions and losses (attach schedule) | 16e | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 16f | |
| | f Reduction in taxes available for credit (attach schedule) | 16g | |
| | g Other | | |
| Other | 17 Other items and amounts not included in lines 1 through 16g that are required to be reported separately to partners. See instructions. **Caution:** *Attach a schedule that lists these items and amounts* SEE STATEMENT 8 | | |

*You are not required to complete lines 1, 6, 9, 12 (see instructions), 16b, and 16c on Schedule K (Form 1065). Completion of these lines is optional because the amounts which would appear in column b appear elsewhere on Form 1065 or on other IRS forms or IRS schedules attached to Form 1065. Lines 4 and 5 must be completed only if any partner has a specially allocated capital gain (loss). (See instructions for line item.)

**For Paperwork Reduction Act Notice, see Form 1065 Instructions.**

Schedule K (Form 1065) 1985

95-2396893

AGRI-CAL VENTURE ASSOCIATE 005 7878-50 732

Form **4562** Department of the Treasury Internal Revenue Service

# Depreciation and Amortization

▶ See separate instructions.
▶ Attach this form to your return.

OMB No. 1545-0172
**1985**
67

Name(s) as shown on return: AGRI-CAL VENTURE ASSOCIATES C/O AMERICAN AGRI-CORP

Identifying number: 33-0189461

Business or activity to which this form relates

## Part I Depreciation

Use Part III, Specific Information Concerning Automobiles and other Listed Property, for certain transportation equipment (e.g. autos), amusement/recreation property, and computer/peripheral equipment.

### Section A. – Election to Expense Recovery Property (Section 179)

| | (a) Class of property | (b) Cost | (c) Expense deduction |
|---|---|---|---|
| 1 | | | |
| 2 | Listed property - Enter total from Part III, Section A, column (h) | | |
| 3 | Total (see instructions for limitations). (Partnerships or S corporations - see the Schedule K and Schedule K-1 Instructions of Form 1065 or 1120S). | | |

### Section B. – Depreciation of Recovery Property

| (a) Class of property | (b) Date placed in service | (c) Cost or other basis | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 4 Accelerated Cost Recovery System (ACRS) (see instructions): *For assets other than automobiles and other listed property placed in service* ONLY *during tax year beginning in 1985* | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 10-year property | | | | | |
| d 15-year public utility property | | | | | |
| e Low-income housing | | | | | |
| f 15-year real property | | | | | |
| g 18-year real property | | | | | |
| (See "Items You Should Note") | | | | | |
| 5 Listed property - Enter total from Part III, Section A, column (g) | | | | | |
| 6 ACRS deduction for assets other than automobiles and other listed property placed in service prior to 1985 (see instructions). | | | | | |

### Section C.–Depreciation of Nonrecovery Property

| | | |
|---|---|---|
| 7 | Property subject to section 168(e)(2) election (see instructions) | |
| 8 | Other depreciation (see instructions) | |

### Section D.– Summary

| | | |
|---|---|---|
| 9 | Total (Add deductions on lines 3 though 8). Enter here and on the Depreciation line of your return (Partnerships and S corporations– Do NOT include any amounts entered on line 3.) | 0. |

## Part II Amortization

| (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| SEE STATEMENT 3 | | 253,200 | | | 12,660. |
| Total. Enter here and on Other Deductions or Other Expenses line of your return | | | | | 12,660. |

**See Paperwork Reduction Act Notice on page 1 of the separate instructions.**

Form **4562** (1985)

95-2396893



000276

AGRI-CAL VENTURE ASSOCIATE 005 7878-50 733



**Part III** Specific Information Concerning Automobiles and Other Listed Property

For property used 50% or less in a trade or business, the section 179 expense deduction is not allowed. For listed property used 50% or less in a trade or business, depreciation MUST be computed under the straight-line method.

### Section A. – Depreciation of Automobiles and Other Listed Property (see instructions for limitations)

| Item No. | (a) Description (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Recovery period | (f) Method of figuring depreciation | (g) Deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| Total (Enter here and on line 2, page 1.) | | | | | | | | |
| Total (Enter here and on line 5, page 1.) | | | | | | | | |

### Section B. – Questions Regarding Use of Automobiles and Other Listed Property

| | Yes | No |
|---|---|---|
| *To Be Completed by All Filers:* | | |
| 1 Do you have evidence, for all the listed property above, to support the business use percentage claimed? | | |
| 2 Is the evidence written? | | |
| *To Be Completed by Employers Who Provide Vehicles for Use by Employees:* | | |
| 3 Do you maintain a written policy statement, meeting the conditions described in the instructions, that prohibits all personal use of vehicles, including commuting, by your employees? If "Yes," do not complete items 6 through 12 for any of the vehicles furnished to employees that are covered by the written policy statement. | | |
| 4 Do you maintain a written policy statement meeting the conditions described in the instructions, that prohibits personal use of vehicles, except commuting, by your employees? If "Yes," you must complete items 6 through 12: (a) only for those vehicles furnished to "disqualified persons" even if they are covered by the statement; and (b) for all vehicles not covered by the statement. | | |
| 5 Do you provide more than five vehicles to your employees, or treat all use of vehicles by employees as personal use? If "Yes," you do not have to answer questions 6 through 12: (a) for vehicles furnished to other than disqualified persons, or (b) if you treat all use of vehicles by employees as personal use. You must retain the information received from your employees regarding the use of the vehicles. | | |

### Section C. – Information Regarding Use of Vehicles

| | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 | Vehicle 5 | Vehicle 6 |
|---|---|---|---|---|---|---|
| 6 Total miles driven during the year | | | | | | |
| 7 Total business miles driven during the year | | | | | | |
| 8 Total commuting miles driven during the year | | | | | | |
| 9 Total other personal (non-commuting) miles driven | | | | | | |

| | Vehicle 1 Yes | Vehicle 1 No | Vehicle 2 Yes | Vehicle 2 No | Vehicle 3 Yes | Vehicle 3 No | Vehicle 4 Yes | Vehicle 4 No | Vehicle 5 Yes | Vehicle 5 No | Vehicle 6 Yes | Vehicle 6 No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 11 Is another vehicle available for personal use? | | | | | | | | | | | | |
| 12 Was the vehicle used primarily by a disqualified person? | | | | | | | | | | | | |

95-2396893

005 7878-50

33-0189461
AGRI-CAL VENTURE ASSOCIATES

FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 11/30/86 PAGE 1

STATEMENT 1 - ORDINARY INCOME FROM OTHER PARTNERSHIPS, SYNDICATES, ETC.

| PARTNERSHIP NAME | ID NUMBER | AMOUNT |
| --- | --- | --- |
| RANCHO MADERA PARTNERS | 33-0176317 | -300,000 |
| RANCHO CALIFORNIA PTRS-II | 33-0175595 | -1,009,608 |
| AGRI-CAL FARMING J/V | | |
| | | --------------- |
| TOTAL ORDINARY INCOME FROM OTHER PARTNERSHIPS | | -1,309,608 |
| | | =============== |

---

STATEMENT 2 - OTHER FARM EXPENSES

| DESCRIPTION | AMOUNT | |
| --- | --- | --- |
| CUSTOM SERVICES | 53,295 | |
| MANAGEMENT | 104,045 | |
| OVERHEAD | 3,987,250 | |
| PLANTING | 1,559,382 | |
| GROUND PREP | 4,402,372 | |
| IRRIGATION | 6,077,440 | |
| CULTURAL COSTS | 1,204,467 | |
| LINERS | 4,084,614 | |
| | ------------- | |
| TOTAL OTHER EXPENSES | | 21,472,865 |
| | | ============= |

33-0189461 005 7878-50
AGRI-CAL VENTURE ASSOCIATES

FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 11/30/86 PAGE 2

STATEMENT 3 - AMORTIZATION

| DESC | DATE ACQUIRED | COST OR BASIS | PRIOR YEARS AMORTIZATION | METHOD | YRS | PCT | CURRENT AMORTIZATION |
|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 10/07/86 | 253,200 | | SL | 5 | | 12,660 |
| TOTALS | | 253,200 | 0 | | | | 12,660 |

(Columns "COST OR BASIS" through "PCT" are under the heading AMORTIZATION CALCULATION.)

STATEMENT 4 - OTHER DEDUCTIONS

| | | |
|---|---|---|
| PARTNERSHIP MANAGEMENT | | 611,750 |
| ACCOUNTING | | 10,000 |
| MISC | | 475 |
| AMORTIZATION | SEE STATEMENT 3 | 12,660 |
| TOTAL OTHER DEDUCTIONS | | 634,885 |

STATEMENT 5 - OTHER CURRENT ASSETS

| | BEGINNING OF TAXABLE YEAR | END OF TAXABLE YEAR |
|---|---|---|
| DEPOSITS | | 27,550 |
| TOTAL OTHER CURRENT ASSETS | 0 | 27,550 |

33-0189461 005 7878-50
AGRI-CAL VENTURE ASSOCIATES

FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 11/30/86 PAGE 3

STATEMENT 6 - OTHER INVESTMENTS

| | BEGINNING OF TAXABLE YEAR | END OF TAXABLE YEAR |
|---|---|---|
| STAUBACH | | 1,248,800 |
| RANCHO CALIF-II | | -150,000 |
| AGRI-CAL FARMING J.V. | | 865,294 |
| RANCHO MADERA PARTNERS | | 275,000 |
| TOTAL OTHER INVESTMENTS | 0 | 2,239,094 |

STATEMENT 7 - OTHER ASSETS

| | BEGINNING OF TAXABLE YEAR | END OF TAXABLE YEAR |
|---|---|---|
| SYNDICATION COSTS | | 101,600 |
| TOTAL OTHER ASSETS | 0 | 101,600 |

STATEMENT 8 - OTHER SCHEDULE K, LINE 17, OTHER ITEMS

OTHER ITEMS

| ITEM | AMOUNT |
|---|---|
| CAUTION: ALTHOUGH LINE 1 SHOWS A LOSS, YOU MAY NOT HAVE SUFFICIENT AT-RISK BASIS TO DEDUCT THE ENTIRE AMOUNT - CONSULT YOUR TAX ADVISOR | |

33-0189461 005 7878-50
AGRI-CAL VENTURE ASSOCIATES

FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 11/30/86 PAGE 4

STATEMENT 9 - FOOTNOTES

THE PARTNERSHIP HAS ELECTED A NOVEMBER 30 YEAR END BECAUSE THE TAX YEAR IS THE SAME AS ALL OF ITS PRINCIPAL PARTNERS PURSUANT TO IRC 706 NOT REQUIRING PRIOR IRS APPROVAL