# Defendant's Exhibit 2

TAXPAYER'S COPY

Form 1040 Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 1986 (2)

For the year January 1-December 31, 1986, or other tax year beginning , 1986, ending , 19 . OMB No. 1545-0074

| Use IRS label. Otherwise, please print or type. | Your first name and initial (if joint return, also give spouse's name and initial) | Last name | Your social security number |
|---|---|---|---|
| | Present home address (number and street or rural route). (If you have a P.O. Box, see page 4 of Instructions.) | | Spouse's social security number |
| | City, town or post office, state, and ZIP code | If this address is different from the one shown on your 1985 return, check here ▶ | |

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? Yes No
If joint return, does your spouse want $1 to go to this fund? Yes No
**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 ☐ Single
2 ☑ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here.
4 ☐ Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, enter child's name here.
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a ☑ Yourself ☐ 65 or over ☐ Blind
b ☑ Spouse ☐ 65 or over ☐ Blind
Enter number of boxes checked on 6a and b ▶ 2

c First names of your dependent children who lived with you
Enter number of children listed on 6c ▶ 2

d First names of your dependent children who did not live with you (see page 6). (If pre-1985 agreement, check here ▶ ☐ )
Enter number of children listed on 6d ▶ —

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,080 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶ —

f Total number of exemptions claimed (also complete line 36). Add numbers entered in boxes above ▶ 4

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | 7 | 145560 |
| 8 | Interest income *(also attach Schedule B if over $400)* | 8 | 9734 |
| 9a | Dividends *(also attach Schedule B if over $400)* 422, 9b Exclusion 200 | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 222 |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | 10 | — |
| 11 | Alimony received | 11 | — |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | — |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | — |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | — |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | — |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | 16 | — |
| 17a | Other pensions and annuities, including rollovers. Total received 17a — | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 17b | — |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | <79502> |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | — |
| 20a | Unemployment compensation (insurance). Total received 20a — | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | — |
| 21a | Social security benefits (see page 10) 21a — | | |
| b | Taxable amount, if any, from worksheet on page 11. Tax-exempt interest | 21b | — |
| 22 | Other income (list type and amount—see page 11 of Instructions) | 22 | — |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 76014 |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | | Amount |
|---|---|---|---|
| 24 | Moving expenses *(attach Form 3903 or 3903F)* | 24 | |
| 25 | Employee business expenses *(attach Form 2106)* | 25 | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 4000 |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (recipient's last name and social security no. ) | 29 | |
| 30 | Deduction for a married couple when both work *(attach Schedule W)* | 30 | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | 31 | 4000 |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income.** *If this line is less than $11,000 and a child lived with you, see "Earned Income Credit" (line 58) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions* ▶ | 32 | 72014 |

## Tax Computation

(See Instructions on page 13.)

| Line | Description | | Amount | |
|---|---|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | 33 | 7220[illegible] | ✓ |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. **Caution:** If you have unearned income and can be claimed as a dependent on your parents' return, see page 13 of Instructions and check here ▶ ☐. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | 34a | 9092 | ✓ |
| b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | — | |
| c | Enter your noncash contributions *(you must attach Form 8283 if over $500)* | 34c | — | |
| d | Add lines 34b and 34c. Enter the total | 34d | — | |
| 35 | Subtract line 34a or line 34d, whichever applies, from line 33 | 35 | 62922 | ✓ |
| 36 | Multiply $1,080 by the total number of exemptions claimed on line 6f (see page 14) | 36 | 4320 | ✓ |
| 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (but not less than zero) | 37 | 58602 | ✓ |
| 38 | Enter tax here. Check if from ☐ Tax Table, ☑ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | 38 | 14033 | ✓ |
| 39 | Additional taxes (see page 14 of Instructions). Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | 39 | — | ✓ |
| 40 | Add lines 38 and 39. Enter the total ▶ | 40 | 14033 | ✓ |

## Credits

(See Instructions on page 14.)

| Line | Description | | Amount | |
|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | — | |
| 42 | Credit for the elderly or for the permanently and totally disabled *(attach Schedule R)* | 42 | — | |
| 43 | Partial credit for political contributions for which you have receipts | 43 | | |
| 44 | Add lines 41 through 43. Enter the total | 44 | — | |
| 45 | Subtract line 44 from line 40. Enter the result (but not less than zero) | 45 | 14033 | ✓ |
| 46 | Foreign tax credit *(attach Form 1116)* | 46 | — | |
| 47 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478, or ☐ Form 6765 | 47 | — | |
| 48 | Add lines 46 and 47. Enter the total | 48 | — | |
| 49 | Subtract line 48 from line 45. Enter the result (but not less than zero) ▶ | 49 | 14033 | ✓ |

## Other Taxes

(Including Advance EIC Payments)

| Line | Description | | Amount | |
|---|---|---|---|---|
| 50 | Self-employment tax *(attach Schedule SE)* | 50 | — | |
| 51 | Alternative minimum tax *(attach Form 6251)* | 51 | — | |
| 52 | Tax from recapture of investment credit *(attach Form 4255)* | 52 | — | |
| 53 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 53 | — | |
| 54 | Tax on an IRA *(attach Form 5329)* | 54 | — | |
| 55 | Add lines 49 through 54. This is your **total tax** ▶ | 55 | 14033 | ✓ |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | | Amount | |
|---|---|---|---|---|
| 56 | Federal income tax withheld | 56 | 18024 | ✓ |
| 57 | 1986 estimated tax payments and amount applied from 1985 return | 57 | 257 | ✓ |
| 58 | Earned income credit (see page 16) | 58 | | |
| 59 | Amount paid with Form 4868 | 59 | | |
| 60 | Excess social security tax and RRTA tax withheld (two or more employers) | 60 | | |
| 61 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 61 | | |
| 62 | Regulated investment company credit *(attach Form 2439)* | 62 | | |
| 63 | Add lines 56 through 62. These are your **total payments** ▶ | 63 | 18281 | ✓ |

## Refund or Amount You Owe

| Line | Description | | Amount | |
|---|---|---|---|---|
| 64 | If line 63 is larger than line 55, enter amount **OVERPAID** ▶ | 64 | 4248 | ✓ |
| 65 | Amount of line 64 to be **REFUNDED TO YOU** ▶ | 65 | 4248 | ✓ |
| 66 | Amount of line 64 to be applied to your 1987 estimated tax ▶ | 66 | | |
| 67 | If line 55 is larger than line 63, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1986 Form 1040" on it ▶ | 67 | | |

Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17. **Penalty:** $

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| ▶ Your signature | Date | Your occupation |
| ▶ Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | CLIFFORD & WRIGHT Certified Public Accountant | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours, if self-employed) and address ▶ | 3716 FRAN STREET METAIRIE, LOUISIANA 70001 | E.I. No. / ZIP code | |

SCHEDULES A&B (Form 1040)

Department of the Treasury Internal Revenue Service (2)

# Schedule A—Itemized Deductions

(Schedule B is on back)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

1986

Attachment Sequence No. 07

Name(s) as shown on Form 1040: E. J. & JANICE L. LEBLANC JR.

Your social security number

| Section | Line | Description | Box | Amount | | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** (Do not include expenses reimbursed or paid by others.) (See Instructions on page 19.) | 1 | Prescription medicines and drugs; and insulin | 1 | | | |
| | 2a | Doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | 2a | | | |
| | b | Transportation and lodging | 2b | | | |
| | c | Other (list—include hearing aids, dentures, eyeglasses, etc.) ▶ | 2c | | | |
| | 3 | Add lines 1 through 2c, and enter the total here | 3 | | | |
| | 4 | Multiply the amount on Form 1040, line 33, by 5% (.05) | 4 | | | |
| | 5 | Subtract line 4 from line 3. If zero or less, enter -0-. **Total** medical and dental ▶ | | | 5 | — |
| **Taxes You Paid** (See Instructions on page 20.) | 6 | State and local income taxes | 6 | 2057 | | |
| | 7 | Real estate taxes 40 + 62 | 7 | 102 | | |
| | 8a | General sales tax (see sales tax tables in instruction booklet) | 8a | 1208 | | |
| | b | General sales tax on motor vehicles | 8b | | | |
| | 9 | Other taxes (list—include personal property taxes) ▶ | 9 | | | |
| | 10 | Add the amounts on lines 6 through 9. Enter the total here. **Total** taxes ▶ | | | 10 | 3367 |
| **Interest You Paid** (See Instructions on page 20.) | 11a | Home mortgage interest paid to financial institutions (report deductible points on line 13) | 11a | 2102 | | |
| | b | Home mortgage interest you paid to individuals (show that person's name and address) ▶ | 11b | — | | |
| | 12 | Total credit card and charge account interest you paid | 12 | — | | |
| | 13 | Other interest you paid (list payee's name and amount) ▶ FIDELITY S+L 47; ESL CORP 4700 | 13 | 4747 | | |
| | 14 | Add the amounts on lines 11a through 13. Enter the total here. **Total** interest ▶ | | | 14 | 6949 |
| **Contributions You Made** (See Instructions on page 21.) | 15a | Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 15b.) | 15a | 2080 | | |
| | b | Cash contributions totaling $3,000 or more to any one organization. (Show to whom you gave and how much you gave.) ▶ | 15b | | | |
| | 16 | Other than cash. (You must attach Form 8283 if over $500.) | 16 | 364 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add the amounts on lines 15a through 17. Enter the total here. **Total** contributions ▶ | | | 18 | 2444 |
| **Casualty and Theft Losses** | 19 | Total casualty or theft loss(es). (You must attach Form 4684 or similar statement.) (See page 21 of Instructions.) ▶ | | | 19 | — |
| **Miscellaneous Deductions** (See Instructions on page 22.) | 20 | Union and professional dues | 20 | | | |
| | 21 | Tax return preparation fee | 21 | | | |
| | 22 | Other (list type and amount) ▶ INV. FEES 2 | 22 | 2 | | |
| | 23 | Add the amounts on lines 20 through 22. Enter the total here. **Total** miscellaneous ▶ | | | 23 | 2 |
| **Summary of Itemized Deductions** (See Instructions on page 22.) | 24 | Add the amounts on lines 5, 10, 14, 18, 19, and 23. Enter your answer here. | | | 24 | 12762 |
| | 25 | If you checked Form 1040 { Filing Status box 2 or 5, enter $3,670; Filing Status box 1 or 4, enter $2,480; Filing Status box 3, enter $1,835 } | | | 25 | 3670 |
| | 26 | Subtract line 25 from line 24. Enter your answer here and on Form 1040, line 34a. (If line 25 is more than line 24, see the Instructions for line 26 on page 22.) ▶ | | | 26 | 9092 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 1986

me(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.) | Your social security number

# Schedule B—Interest and Dividend Income

Attachment Sequence No. 08

**irt I Interest Income** (See Instructions on pages 8 and 22.) (Also complete Part III.)

**If you received more than $400 in interest income, you must complete Part I and list ALL interest received. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 22.**

| Interest Income | | Amount | |
|---|---|---|---|
| 1 Interest income from seller-financed mortgages. (See Instructions and list name of payer.) ▶ | 1 | | |
| 2 Other interest income (list name of payer) ▶ | 2 | | |
| S.C.B. | | 11 | — |
| DIXIE S+L | | 226 | — |
| FIRST AM B/L | | 159 | — |
| " " " | | 345 | — |
| " " " | | 1411 | — |
| " " " | | 7582 | — |
| 3 Add the amounts on lines 1 and 2. Enter the total here and on Form 1040, line 8 ▶ | 3 | 9734 | ✓ |

**irt II Dividend Income** (See Instructions on pages 8 and 22.) (Also complete Part III.)

**If you received more than $400 in gross dividends and/or other distributions on stock, complete Part II. If you received, as a nominee, dividends that actually belong to another person, see page 23.**

| Dividend Income | | | Amount | |
|---|---|---|---|---|
| 4 Dividend income (list name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | 4 | | |
| MASS CASH MGT. | | | 134 | — |
| FED. SHORT GOVT. TRUST | | | 139 | — |
| E.J. LE BLANC P.OC | | | 149 | |
| 5 Add the amounts on line 4. Enter the total here | | 5 | 422 | ✓ |
| 6 Capital gain distributions. Enter here and on line 13, Schedule D.* | 6 — | | | |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) | 7 — | | | |
| 8 Add the amounts on lines 6 and 7. Enter the total here | | 8 | — | |
| 9 Subtract line 8 from line 5. Enter the result here and on Form 1040, line 9a ▶ | | 9 | 422 | ✓ |

*If you received capital gain distributions for the year and you do not need Schedule D to report any other gains or losses, do not file that schedule. Instead, enter 40% of your capital gain distributions on Form 1040, line 14.*

**irt III Foreign Accounts and Foreign Trusts** (See Instructions on page 23.)

**If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.**

| | Yes | No |
|---|---|---|
| 10 At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 23 of the Instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | ✓ |
| If "Yes," enter the name of the foreign country ▶ | | |
| 11 Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | ✓ |

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service (2)

# Capital Gains and Losses and Reconciliation of Forms 1099-B

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

OMB No. 1545-0074

1986

Attachment Sequence No. 12

Name(s) as shown on Form 1040: E. J. + JANICE L. LEBLANC JR.

Your social security number

1 Report here, the total sales of stocks, bonds, etc., reported for 1986 by your broker to you on Form(s) 1099-B or an equivalent substitute statement(s) . . . . . 1

If this amount differs from the total of lines 2b and 9b, column (d), attach a statement explaining the difference. See the instructions for line 1, Schedule D (Form 1040) for examples.

## Part I Short-term Capital Gains and Losses—Assets Held Six Months or Less

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| **2a Form 1099-B Transactions (Sales of Stocks, Bonds, etc.):** | | | | | | |
| **2b Total** (add column (d)) ▶ | | | | | | |
| **2c Other Transactions:** | | | | | | |

| | | | |
|---|---|---|---|
| 3 Short-term gain from sale or exchange of a principal residence from Form 2119, lines 6 or 12 | 3 | | |
| 4 Short-term gain from installment sales from Form 6252, lines 22 or 30 | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 5 | | |
| 6 Short-term capital loss carryover from years beginning after 1969 | 6 | | |
| 7 Add all of the transactions on lines 2a and 2c and lines 3 through 6 in columns (f) and (g) | 7 | ( ) | |
| 8 Net short-term gain or (loss), combine columns (f) and (g) of line 7 | 8 | | —0— |

## Part II Long-term Capital Gains and Losses—Assets Held More Than Six Months

| (a) Description of property | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|
| **9a Form 1099-B Transactions (Sales of Stocks, Bonds, etc.):** | | | | | | |
| **9b Total** (add column (d)) ▶ | | | | | | |
| **9c Other Transactions:** | | | | | | |
| HOUSE | 11-1-85 | 11-15-86 | 12512 | 12512 | — | — |

| | | | |
|---|---|---|---|
| 10 Long-term gain from sale or exchange of a principal residence from Form 2119, lines 6, 8, or 12 | 10 | | |
| 11 Long-term gain from installment sales from Form 6252, lines 22 or 30 | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 12 | | |
| 13 Capital gain distributions | 13 | | |
| 14 Enter gain from Form 4797, lines 6 or 8 | 14 | | |
| 15 Long-term capital loss carryover from years beginning after 1969 | 15 | | |
| 16 Add all of the transactions on lines 9a and 9c and lines 10 through 15 in columns (f) and (g) | 16 | ( — ) | — |
| 17 Net long-term gain or (loss), combine columns (f) and (g) of line 16 | 17 | | —0— |

SCHEDULE E (Form 1040)

Department of the Treasury Internal Revenue Service (2)

# Supplemental Income Schedule

(From rents and royalties, partnerships, estates, trusts, etc.)

▶ Attach to Form 1040, Form 1041, or Form 1041S.

▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

1986

Attachment Sequence No. 13

Name(s) as shown on Form 1040: E. J. & JANICE C. LEBLANC JR

Your social security number

## Part I Rental and Royalty Income or (Loss)

1 In the space provided below, show the kind and location of each rental property.

2 For each property listed, did you or a member of your family use for personal purposes any of the properties for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | | Yes | No |
|---|---|---|---|
| Property A | EDEN ISLES LA. CONDO | | ✓ |
| Property B | VERMILLION RICE CROP | | ✓ |
| Property C | LA. LAND & EXPLORATION | | ✓ |

| | Line | Properties A | | B | | C | | Line | Totals (Add columns A, B, and C) | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Rental and Royalty Income** | | | | | | | | | | |
| 3a Rents received | | 3300 | ✓ | 510 | ✓ | 1172 | ✓ | 3 | 4982 | ✓ |
| b Royalties received | | — | | — | ✓ | — | ✓ | | | |
| **Rental and Royalty Expenses** | | | | | | | | | | |
| 4 Advertising | 4 | | | | | | | | | |
| 5 Auto and travel | 5 | | | | | | | | | |
| 6 Cleaning and maintenance | 6 | 122 | ✓ | | | | | | | |
| 7 Commissions | 7 | | | | | | | | | |
| 8 Insurance 377+72+72 | 8 | 521 | ✓ | | | | | | | |
| 9 Legal and other professional fees | 9 | | | | | | | | | |
| 10 Mortgage interest paid to financial institutions (see Instructions) | 10 | 7273 | ✓ | | | | | 10 | 7273 | ✓ |
| 11 Other interest | 11 | | | | | | | | | |
| 12 Repairs | 12 | | | | | | | | | |
| 13 Supplies | 13 | | | | | | | | | |
| 14 Taxes (Do **not** include windfall profit tax here. See Part III, line 34.) | 14 | 1014 | ✓ | | | | | | | |
| 15 Utilities | 15 | 188 | | | | | | | | |
| 16 Wages and salaries | 16 | | | | | | | | | |
| 17 Other (list) ▶ CONDO FEES | | 725 | ✓ | | | | | | | |
| 18 Total expenses other than depreciation and depletion. Add lines 4 through 17 | 18 | 9843 | ✓ | — | ✓ | — | ✓ | 18 | 9843 | ✓ |
| 19 Depreciation expense (see Part V Instructions), or depletion (see Publication 535) | 19 | 4528 | ✓ | — | ✓ | — | ✓ | 19 | 4528 | ✓ |
| 20 Total. Add lines 18 and 19 | 20 | 14371 | ✓ | — | ✓ | — | ✓ | | | |
| 21 Income or (loss) from rental or royalty properties. Subtract line 20 from line 3a (rents) or 3b (royalties) | 21 | (11071) | ✓ | 510 | ✓ | 1172 | ✓ | | | |
| 22 Add properties with profits on line 21, and enter the total profits here | | | | | | | | 22 | 1682 | ✓ |
| 23 Add properties with losses on line 21, and enter the total (losses) here | | | | | | | | 23 | (11071) | ✓ |
| 24 Combine amounts on lines 22 and 23, and enter the net profit or (loss) here | | | | | | | | 24 | (9389) | ✓ |
| 25 Net farm rental profit or (loss) from Form 4835, line 34 | | | | | | | | 25 | — | |
| 26 Total rental or royalty income or (loss). Combine amounts on lines 24 and 25, and enter the total here. If Parts II and III on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in line 36 on page 2 of Schedule E | | | | | | | | 26 | (9389) | ✓ |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule E (Form 1040) 1986

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.) | Your social security number

## Part II Income or (Loss) from Partnerships, S Corporations, Estates, or Trusts

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See Instructions.

### Partnerships and S Corporations

| (a) Name | (b) Enter appropriate code [1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see Instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| AGRI-CAL | P | | 33-0189461 | <69380> | — |
| OAKLEAF | P | | 75-1906379 | <587> | — |
| CEDAR PLAZA | P | | 75-1906395 | <146> | — |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Codes: **P** for partnership; **S** for S corporation

| | | |
|---|---|---|
| 27 Add amounts in columns (e) and (f) and enter the total(s) here | 27 (70113) | — |
| 28 Combine amounts in columns (e) and (f), line 27, and enter the net income or (loss) here | 28 | <70113> |
| 29 Deduction for section 179 property (from Form 1065, Schedule K-1, and Form 1120S, Schedule K-1). (See Instructions for limitations.) | 29 | ( — ) |
| 30 Total partnership and S corporation income or (loss). Combine amounts on lines 28 and 29. Enter the total here and include in line 36 below | 30 | <70113> |

### Estates and Trusts

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see Instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| 31 Add amounts in columns (e) and (f) and enter the total(s) here | 31 ( ) | |
| 32 Total estate and trust income or (loss). Combine amounts in columns (e) and (f), line 31. Enter the total here and include in line 36 below | 32 | — |

## Part III Windfall Profit Tax Summary

| | | |
|---|---|---|
| 33 Windfall profit tax credit or refund received in 1986 (see Instructions) | 33 | |
| 34 Windfall profit tax withheld in 1986 (see Instructions) | 34 | ( ) |
| 35 Combine amounts on lines 33 and 34. Enter the total here and include in line 36 below | 35 | — |

## Part IV Summary

| | | |
|---|---|---|
| 36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Enter total here and on Form 1040, line 18 ▶ | 36 | <79502> |
| 37 Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II (see Instructions) | 37 | |

## Part V Optional Depreciation Worksheet.

—You may use this worksheet to figure depreciation only on property placed in service before 1981. If you placed any property in service after 1980, you must use **Form 4562** for all property.

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| A | BLDG. | 12-83 | 56600 | 11320 | ACRS | 8% | 4528 |
| | Total (Property A) | | | | | | 4528 |
| B | | | | | | | |
| | Total (Property B) | | | | | | |
| C | | | | | | | |
| | Total (Property C) | | | | | | |