# Defendant's Exhibit 9

Department of the Treasury
Internal Revenue Service
P. O. Box 47-421
Doraville, GA 30362

Mail Stop
624
Person to Contact:
Mrs. B. Stephens

Employee Identification Number:
0781533133
Telephone Number:
770-455-2778
Hours:
7:00 AM - 3:30 PM
Time Zone:
Eastern
Day(s) of the Week:
Tues. - Fri.
Taxpayer Identification Number:

Tax Year Ended:
December 31, 1986

Date: MAR 05 2001

E.J. & Janice L. Leblanc Jr.
855 Shadow Oak Lane
Mandeville, LA 70471-1249

Dear E.J. & Janice L. Leblanc Jr.:

Enclosed is Form 4549-A explaining how the adjustments made during our examination of the above return affect your individual income tax return. The Form 4549-A does not require any signatures and should not be returned to us, but should be kept for your records.

If you owe additional tax, you will receive a bill for the additional tax and interest. If penalties are applicable because of the adjustments made during our examination, a separate report will be mailed to you. If you are due a refund, it will be sent to you within 6 to 8 weeks.

If you have any questions about this matter, please write to the person whose name is shown at the top of this letter, or you may call that person at the telephone number shown.

If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and the most convenient time for us to call you in case we need more information. Attach this letter to any correspondence to help us identify your case. Keep the copy for your records.

Thank you for your cooperation.

Sincerely yours,

S. E. Hill
Chief, Examination Branch

Enclosure:
Form 4549-A
Copy of this letter

**Letter 2083 (SC) (Rev. 3-1986)**
Cat. No. 63342P

***ATTENTION********ATTENTION********ATTENTION********ATTENTION***

==================================================================

- - - - >>>>IMPORTANT INFORMATION<<<< - - - -

If you have any questions about the **computations** on this report or about any statements of balance due from this adjustment, please contact:

Internal Revenue Service
TEFRA Report Writing Unit, Stop 624
3001 Northeast Expressway
Chamblee, GA 30341
**Or,**
call us at (770) 455-2952 (not toll-free)
**or,**
FAX (770) 455-2728 (not toll free)

This location is the only IRS office that can assist you even though you may receive statements of balance due from other offices. Corresponding with other offices or calling other phone numbers will only delay a reply to you since this adjustment was completed by personnel at the above address.

If you contact us in writing, please include:
> -your name, address, and daytime phone number,
> -your Social Security Number,
> -the tax year(s) of the report,
> -a concise list of your questions and
> -any documents which would explain and support your claim.

If you have questions concerning the **items adjusted**, please contact the Tax Matters Person for this business entity. A complete and detailed report setting forth the reason and authority for these adjustments has been furnished to that person.

Thank you for your cooperation.

B.Stephens
TEFRA Report Writing Unit

==================================================================

***ATTENTION********ATTENTION********ATTENTION********ATTENTION***

Form **4549A**

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Page of

| | | |
|---|---|---|
| **Name and Address of Taxpayer**<br>E.J. & Janice L. Leblanc Jr.<br>855 Shadow Oak Lane<br>Mandeville, LA 70471-1249 | **SS or EI Number** | **Return Form No:**<br>1040 |
| | Person with whom examination changes were discussed. | **Name and Title:** |

| 1. **Adjustments to Income** | **Period End** 12/31/1986 | **Period End** | **Period End** |
|---|---|---|---|
| a. ORDINARY INCOME | 35,239.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 35,239.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | $58,602.00 | | |
| 4. **Corrected Taxable Income** | 93,841.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | Joint | | |
| 5. **Tax** | 28,631.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 28,631.00 | | |
| 8. **Less Credits** a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less total of lines 8a through 8d) | 28,631.00 | | |
| 10. Plus Other Taxes a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. **Total Corrected Tax Liability** (line 9+line 10a -10d) | 28,631.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 14,033.00 | | |
| 13. Adjustments to: a. Speial Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. **Deficiency-Increase in Tax** or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 14,598.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. **Balance Due or (Overpayment)** (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | 14,598.00 | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 20 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGSNT Ver. 1.50.00 Form **CG-4549A**

| Form 4549A | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page of |
|---|---|---|

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| E.J. & Janice L. Leblanc Jr. | | 1040 |

| 17. **Penalties** | **Period End** 12/31/1986 | **Period End** | **Period End** |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total Penalties** | | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | | |
| 19. **Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or Overpayment Taxes – Line 16, Page 1 | 14,598.00 | | |
| b. Penalties (Line 18, Page2)-computed to 03/29/2001 | | | |
| c. Interest (IRC§ 6601)-computed to 03/29/2001 | 0.00 | | |
| d. TMT Interest – computed 03/29/2001 on TMT underpayment | 0.00 | | |
| e. Amount due or refund (sum of lines a, b, c and d) | 14,598.00 | | |

**Other Information:**

AGRI - CAL VENDUE ASSOCIATES
# 33-0189461

| Examiner's Signature: | Employee ID: | District: | Date: |
|---|---|---|---|
| Mrs. B. Stephens | 0781533133 | Atlanta | MAR 0 5 2001 |

RGSNT Ver. 1.50.00 Form CG-4549A

| Form 886-A (Rev. January 1994)886-A | EXPLANATION OF ITEMS | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer<br>E.J. & Janice L. Leblanc Jr. | Taxpayer Identification Number | Year/Period Ended<br>1986 |

**ORDINARY INCOME**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1986 | ($69,380.00) | ($34,141.00) | $35,239.00 |

THIS REPORT IS FURNISHED ONLY FOR INFORMATION; KEEP IT FOR YOUR RECORDS.

THE EXAMINATION OF THIS PARTNERSHIP INDICATES THAT YOUR DISTRIBUTIVE SHARE OF ORDINARY INCOME (LOSS) SHOULD BE CORRECTED AS SHOWN ABOVE. A DETAILED REPORT WHICH SETS FORTH THE ADJUSTMENTS TO THE PARTNERSHIP INCOME HAS BEEN FURNISHED TO THE TAX MATTERS PARTNER. PLEASE CONTACT SUCH INDIVIDUAL OR ORGANIZATION FOR ADDITIONAL INFORMATION.

Name of Taxpayer: E.J. & Janice L. Leblanc Jr. 02/27/2001
Identification Number: Total 1.50.00

**HOW TO PAY YOUR TAXES**

If you agree with our examination, pay now by sending a check or money order and your signed agreement. The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days? [ ] Yes [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ ____________ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the ________ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a $43 fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: ( ) ____________________

   Work: ( ) ____________________

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.

| EXPLANATION OF ADJUSTMENTS SECTION 6621-(C) | SOCIAL SECURITY NUMBER: |
|---|---|
| NAME OF TAXPAYER: E.J. & Janice L Leblanc Jr. | YEAR/PERIOD ENDED: December 31, 1986 |

Section 6621 (C) IRC

Since the underpayment of tax is attributable to a tax motivated transaction, the interest to be applied to any underpayment after 12-31-84 is 120% of the adjusted rate of interest established under IRC Section 6621 (C). The amount of the underpayment attributable to the tax motivated transactions is $ 14,598.00

# Defendant's Exhibit 10

Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 37501

Date of this notice: MAR. 26, 2001
Taxpayer Identifying Number
Form: 1040 Tax Period: DEC. 31, 1986

For assistance you may call us at:
1-800-829-8815

EJ LEBLANC
855 SHADOW OAK LN
MANDEVILLE LA 70471-1249555

FOR ACCOUNT OF E J & JANICE L LEBLANC JR
WE CHANGED YOUR ACCOUNT 18247-434-08033-9

THE CHANGE(S) BELOW RESULTED FROM AN EXAMINATION OF YOUR TAX RETURN SHOWN ABOVE. PLEASE SEE YOUR COPY OF THE EXAMINATION REPORT FOR A DETAILED EXPLANATION OF THE CHANGES.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

STATEMENT OF ACCOUNT

| | |
|---|---|
| ACCOUNT BALANCE BEFORE EXAMINATION ACTION | $49,996.59CR |
| INCREASE IN TAX BECAUSE OF EXAMINATION ACTION | 14,598.00 |
| INTEREST CHARGED | 47,368.12 |
| AMOUNT YOU NOW OWE | $11,969.53 |

(paid 4/4/01 less 2000 tax refund) JL

WE WANTED TO ENSURE THAT BOTH YOU AND YOUR SPOUSE RECEIVE THIS NOTICE, SO WE'VE SENT A COPY TO EACH OF YOU. EACH COPY CONTAINS THE SAME INFORMATION RELATED TO YOUR JOINT ACCOUNT. ANY AMOUNT YOU OWE OR BALANCE DUE SHOWN SHOULD BE PAID ONLY ONCE. WE WILL ISSUE ANY REFUND SHOWN ONLY ONCE.

PLEASE PAY THE FULL AMOUNT BY APR. 16, 2001. IF YOU'VE ALREADY PAID YOUR TAX IN FULL OR ARRANGED FOR AN INSTALLMENT AGREEMENT, PLEASE DISREGARD THIS NOTICE.

IF YOU HAVEN'T PAID, MAIL YOUR CHECK OR MONEY ORDER AND THE TEAR-OFF STUB FROM THE LAST PAGE OF THIS NOTICE. MAKE YOUR CHECK PAYABLE TO UNITED STATES TREASURY AND WRITE YOUR SOCIAL SECURITY NUMBER ON IT. IF YOU CAN'T PAY IN FULL, PLEASE CALL US TO DISCUSS PAYMENT.

MEMPHIS SERVICE CENTE

TAX PERIOD: DEC. 31, 1986

EXPLANATION OF PENALTY AND INTEREST CHARGES

THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON THE FOLLOWING PAGES. IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.

* $47,368.12 INTEREST - IRC SECTION 6601

WE CHARGED INTEREST BECAUSE, ACCORDING TO OUR RECORDS, YOU DIDN'T PAY YOUR TAX ON TIME. WE FIGURE INTEREST FROM THE DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) TO THE DATE WE RECEIVE YOUR FULL PAYMENT OR THE DATE OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

| PERIODS | PERCENTAGE RATES | |
|---|---|---|
| | UNDERPAYMENT | OVERPAYMENT |
| OCTOBER 1, 1988, THROUGH MARCH 31, 1989 | 11 | 10 |
| APRIL 1, 1989 THROUGH SEPTEMBER 30, 1989 | 12 | 11 |
| OCTOBER 1, 1989, THROUGH MARCH 31, 1991 | 11 | 10 |
| APRIL 1, 1991, THROUGH DECEMBER 31, 1991 | 10 | 9 |
| JANUARY 1, 1992, THROUGH MARCH 31, 1992 | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992 | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994 | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994 | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995 | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995 | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996 | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996 | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998 | 9 | 8 |
| APRIL 1, 1998, THROUGH DECEMBER 31, 1998 | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999 | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000 | 8 | 8 |
| BEGINNING APRIL 1, 2000 | 9 | 9 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES, EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE UNDERPAYMENT OF TAXES. THE LAW REQUIRES US TO REDETERMINE THESE INTEREST RATES QUARTERLY. FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998 THE INTEREST RATE WE PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE CHARGED ON YOUR UNDERPAYMENT OF TAXES.

WE COMPOUND INTEREST DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS OR CORPORATIONS.

WE CHARGE A SPECIAL INTEREST RATE OF 120 PERCENT OF THE UNDERPAYMENT RATE IF:

- THE RETURN, NOT INCLUDING EXTENSIONS, WAS DUE BEFORE JANUARY 1, 1990,
- THE UNDERPAYMENT WAS MORE THAN $1,000, AND
- THE UNDERPAYMENT CAME FROM A TAX-MOTIVATED TRANSACTION.

WE CHARGE INTEREST ON PENALTIES FOR LATE FILING, OVER OR UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE. ALSO, WE CHARGE INTEREST ON FRAUD AND NEGLIGENCE PENALTIES IF THE TAX RETURNS, INCLUDING EXTENSIONS, ARE DUE AFTER DECEMBER 31, 1988.

WE CONTINUE TO CHARGE INTEREST UNTIL YOU PAY THE AMOUNT YOU OWE IN FULL.

* ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE. IF THE AMOUNT YOU OWE IS LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR DAYS FROM THE DATE OF YOUR NOTICE. IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU OWE.

INTEREST PAID

BEGINNING WITH TAX YEAR 1991, YOU CAN NO LONGER DEDUCT INTEREST YOU PAID TO THE INTERNAL REVENUE SERVICE (IRS) AS AN ITEMIZED DEDUCTION ON YOUR FORM 1040, SCHEDULE A.

INTEREST REDUCED

IF WE REDUCE INTEREST THAT YOU PREVIOUSLY REPORTED AS A DEDUCTION ON YOUR TAX RETURN, YOU MUST REPORT THIS REDUCTION OF INTEREST AS INCOME ON YOUR TAX RETURN FOR THE YEAR WE REDUCE IT.

INTEREST REMOVED - ERRONEOUS REFUND

THE LAW REQUIRES US TO REMOVE INTEREST UP TO THE DATE WE REQUEST YOU TO REPAY THE ERRONEOUS REFUND WHEN:

- YOU DIDN'T CAUSE THE ERRONEOUS REFUND IN ANY WAY, AND
- THE REFUND DOESN'T EXCEED $50,000.

THE IRS MAY REMOVE OR REDUCE INTEREST ON OTHER ERRONEOUS REFUNDS BASED ON THE FACTS AND CIRCUMSTANCES INVOLVED IN EACH CASE.

ANNUAL INTEREST NETTING

EFFECTIVE JANUARY 1, 1987, THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE PAID ON THE OVERPAYMENT OF TAXES WAS 1% LESS THAN THE INTEREST RATE WE CHARGED ON THE UNDERPAYMENT OF TAXES. AS OF JANUARY 1, 1999, THE OVERPAYMENT AND UNDERPAYMENT RATES OF INTEREST THAT WE PAY AND CHARGE ARE THE SAME, EXCEPT FOR CORPORATE OVERPAYMENTS. IF WE REFUND AN OVERPAYMENT WITH INTEREST AND WE HAVE TO INCREASE THE TAX AT A LATER DATE, WE GIVE SPECIAL CONSIDERATION TO THE INTEREST ON THAT ACCOUNT.

ON THE TAX INCREASE MADE AFTER THE REFUND, WE WILL CHARGE THE LOWER REFUND RATE OF INTEREST (UP TO THE AMOUNT OF THE REFUND) FOR THE SAME TIME PERIOD THAT WE PAID INTEREST ON THE OVERPAYMENT.

REQUEST FOR NET INTEREST RATE OF ZERO

GENERAL RULE - IF YOU OWE INTEREST TO THE IRS ON AN UNDERPAYMENT FOR THE SAME PERIOD OF TIME THAT THE IRS OWES YOU INTEREST ON AN OVERPAYMENT, YOU MAY BE ENTITLED TO RECEIVE A NET INTEREST RATE OF ZERO (THE SAME RATE OF INTEREST APPLIES TO YOUR UNDER-PAYMENT AS YOUR OVERPAYMENT).

TO RECEIVE THE NET INTEREST RATE OF ZERO FOR INTEREST YOU OWED (OR PAID) THE IRS, OR INTEREST THAT WE OWED (OR PAID) YOU BEFORE OCTOBER 1, 1998, YOU MUST FILE A FORM 843, CLAIM FOR REFUND AND REQUEST FOR ABATEMENT. FOR MORE INFORMATION ON THE FILING REQUIREMENTS FOR THE FORM 843, SEE REVENUE PROCEDURE 99-43, 1999-47 I.R.B. 579. REVENUE PROCEDURE 99-43 AND FORM 843 ARE AVAILABLE ON THE WORLD WIDE WEB AT WWW.IRS.USTREAS.GOV

TO QUALIFY FOR THE NET INTEREST RATE OF ZERO, THE PERIOD OF LIMITATION FOR CLAIMING A REFUND OF INTEREST ON AN UNDERPAYMENT AND THE PERIOD OF LIMITATION FOR CLAIMING ADDITIONAL INTEREST ON AN OVERPAYMENT MUST HAVE BEEN OPEN ON JULY 22, 1998. GENERALLY, THE PERIOD OF LIMITATION FOR CLAIMING A REFUND OF INTEREST ON AN UNDERPAY-MENT IS 3 YEARS FROM THE TIME YOU FILED YOUR TAX RETURN, OR 2 YEARS FROM THE TIME YOU PAID THE INTEREST, WHICHEVER IS LATER. THE PERIOD OF LIMITATION TO REQUEST ADDITIONAL INTEREST ON AN OVERPAYMENT IS 6 YEARS FROM THE DATE OF THE REFUND.

YOU MUST FILE FORM 843 ON OR BEFORE THE CLOSING DATE OF THE LATER STATUTE OF LIMITATION PERIOD. MAIL FORM 843 TO:

U.S. MAIL
INTERNAL REVENUE SERVICE
NET RATE INTEREST NETTING CLAIM
P.O. BOX 9987
MAIL STOP 6800
OGDEN, UT 84409

# Defendant's Exhibit 11

ADM.
RECORDED
SERVICE
CAL.
STAT.
S.T. JUDGE
FILES

UNITED STATES TAX COURT

AGRI-CAL VENTURE ASSOCIATES, )
FREDERICK H. BEHRENS, )
Tax Matters Partner, )
)
Petitioner, ) Docket No. 12530-90
)
v. )
)
COMMISSIONER OF INTERNAL REVENUE, )
)
Respondent. )

**DECISION**

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Agri-Cal Venture Associates for the taxable year 1986, as set forth below:

**1986 Year**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $32,181,001.00 | $16,081,646.00 |
| Other Deductions | $ 634,885.00 | $ 634,885.00 |
| Capital Contributed during the year | $12,660,000.00 | $12,660,000.00 |
| Liabilities | $27,607,878.00 | $ 4,391,130.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Expense | $30,428,782.00 | $ 5,781,469.00 |

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: [signature]
DEPUTY CLERK

SERVED JUL 9 200[illegible]

That the foregoing adjustments to partnership income and expense are attributable to transactions which lacked economic substance, as described in former I.R.C. § 6621(c)(3)(A)(v), so as to result in a substantial distortion of income and expense, as described in I.R.C. § 6621(c)(3)(A)(iv), when computed under the partnership's cash receipts and disbursements method of accounting; and

That liabilities in the amount of $23,216,748 lack economic substance.

James S. Halpern RI
Judge

Entered: JUL 19 2001

# Defendant's Exhibit 12

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 3, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

E J & Janice L. Leblanc

For tax period(s) December 31, 1999
Form 1040
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EJ & JANICE L LEBLANC EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME<br>154,695.00 | | | |
| | TAXABLE INCOME<br>130,806.00 | | | |
| 05-15-2000 | RETURN FILED & TAX ASSESSED<br>49221-141-05302-0 200022 | 31,832.00 | | 06-12-2000 |
| 04-15-2000 | WITHHOLDING & EXCESS FICA | | 36,435.00 | |
| 04-15-2000 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-2000 | | | |
| 06-12-2000 | REFUND | | (4,603.00) | |
| 05-30-2002 | AMENDED RETURN FILED<br>49277-557-00270-2 | | | |
| 05-30-2002 | AMENDED RETURN FILED<br>49277-575-01178-2 | | | |
| | ADDITIONAL TAX ASSESSED<br>49254-506-05060-3 200317 | 0.00 | | 05-05-2003 |
| | ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>AUDIT REVIEW<br>49247-597-90030-3 200330 | 0.00 | | 08-04-2003 |
| 08-04-2003 | RENUMBERED RETURN<br>49247-597-90030-3 | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EJ & JANICE L LEBLANC EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1999

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 07/28/2005

FORM 4340 (REV. 01-2002) PAGE 2