Defendant's Exhibit 13

# REDDING & ASSOCIATES, P.C.

ATTORNEYS AT LAW
2914 West T.C. Jester
Houston, Texas 77018-7010
Telephone: (713) 965-9244 • Telecopier: (713) 621-5227

Thomas E. Redding, J.D.                                                                 Teresa J. Womack, J.D.
Sallie W. Gladney, J.D.                                                            Brett A. Thompson, J.D., C.P.A.

May 24, 2002

**PRIORITY CERTIFIED MAIL**
**# 7000 1670 0002 8263 9904**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Memphis, Tennessee   37501

     Re:    Elwood J. LeBlanc, Jr. (SSN ▮▮▮▮) and Janice L. LeBlanc (SSN ▮▮▮▮)

           Form 1040X, Amended U.S. Individual Income Tax Return, for 1999
           Form 8822, Change of Address, for tax year 1999

Dear Sirs:

Enclosed is the above refund claim to be filed for the above clients. Please mail the refund in my care in accordance with the instructions on Part 6 of the attached power of attorney.

                                    Very truly yours,

                                    REDDING & ASSOCIATES, P.C.

                                    Thomas E. Redding

TER:js
Enclosures -   Form 1040X (1)
                  Form 8822
                  Power of Attorney

\\Raserver\share1\DOCS\Corresp.q\QSRL5092.LE4

# Form 1040X — Amended U.S. Individual Income Tax Return
(Rev. November 2001)

Department of the Treasury — Internal Revenue Service

► See separate instructions.

OMB No. 1545-0091  F.E.

This return is for calendar year ► 1999, or fiscal year ended ► _____,_____.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ELWOOD J. | LEBLANC, JR. | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| JANICE L. | LEBLANC | |

Home address (no. and street) or P.O. box if mail is not delivered to your home **(POA ATTACHED, FORM 2848)** Phone number
c/o Thomas E. Redding; 2914 West T. C. Jester    713-965-9244

City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.
Houston, Texas 77018-7010 *** **ADDRESS FOR THIS MATTER ONLY**

For Paperwork Reduction Act Notice, see page 6.

A  If the name or address shown above is different from that shown on the original return, check here ............................► [X]
B  Has the original return been changed or audited by the IRS or have you been notified that it will be? ........ [ ] Yes  [X] No
C  Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.
   On original return ► [ ] Single  [X] Married filing joint return  [ ] Married filing separate return  [ ] Head of household  [ ] Qualifying widow(er)
   On this return ►    [ ] Single  [X] Married filing joint return  [ ] Married filing separate return  [ ] Head of household*  [ ] Qualifying widow(er)
   * If the qualifying person is a child but not your dependent, see page 2.

| | Use Part II on the Back to Explain any Changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| | **Income and Deductions (see pages 2 - 6)** | | | | |
| 1 | Adjusted gross income (see page 3) | 1 | 154,695 | (25,704) | 128,991 |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 18,389 | 771 | 19,160 |
| 3 | Subtract line 2 from line 1 | 3 | 136,306 | (26,475) | 109,831 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | 5,500 | 800 | 6,300 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 130,806 | (27,275) | 103,531 |
| 6 | Tax (see page 4). Method used in col. C  Schedule D | 6 | 31,832 | (8,789) | 23,043 |
| 7 | Credits (see page 4) | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 31,832 | (8,789) | 23,043 |
| 9 | Other taxes (see page 4) | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 | 10 | 31,832 | (8,789) | 23,043 |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 36,435 | 0 | 36,435 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 | Earned income credit (EIC) | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 | Amount paid with request for extension of time to file (see page 4) | | | 16 | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | | | 17 | |
| 18 | Total payments. Add lines 11 through 17 in column C | | | 18 | 36,435 |
| | **Refund or Amount You Owe** | | | | |
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 19 | 4,603 |
| 20 | Subtract line 19 from line 18 (see page 5) | | | 20 | 31,832 |
| 21 | **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | | | 21 | 0 |
| 22 | If line 10, column C, is less than line 20, enter the difference | | | 22 | 8,789 |
| 23 | Amount of line 22 you want **refunded to you** | | | 23 | 8,789 ** |
| 24 | Amount of line 22 you want **applied to your estimated tax** | 24 | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► _[signed]_ Elwood J. LeBlanc Jr.   Date 5/17/02      _[signed]_ Janice L. LeBlanc   Date 5/17/02
  Your signature                                          Spouse's signature. If a joint return, **both** must sign.

**Paid Preparer's Use Only**

| Preparer's signature ► _[signed]_ | Date 5/10/02 | Check if self-employed [X] | Preparer's SSN or PTIN P00097501 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► BRETT A. THOMPSON, CPA  20214 KINGSLAND BLVD. KATY, TX 77450 | | EIN | Phone no. 713-965-9244 |

ISA  **or such greater amount as is legally refundable, plus interest.**    Form **1040X** (Rev. 11-2001)
STF FED3171F.1

Form 1040X (Rev. 11-2001) Page 2

| Part I | Exemptions. See Form 1040 or 1040A instructions. | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| | If you are **not changing your exemptions,** do not complete this part. If claiming **more exemptions,** complete lines 25 - 31. If claiming **fewer exemptions,** complete lines 25 - 30. | | | |
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **25** | | | |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 26 | Your dependent children who lived with you . . . . . . . . . . . . . . . . . . . . . . **26** | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **27** | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **28** | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . . . . . . . . . . . **29** | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

**30**

31  Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name   Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of your children on line 31 who:
• lived with you . . . . . . . . ▶ ☐
• **did not** live with you due to divorce or separation (see page 5) . . . . . ▶ ☐
Dependents on line 31 not entered above ▶ ☐

| Part II | Explanation of Changes to Income, Deductions, and Credits |
|---|---|

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐

_____

_____

To reflect loss on partnership interest abandonment for Agri-Cal Venture Assoc. pursuant to Rev. Rul. 93-80 omitted from the original return.

_____

_____

| Part III | Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund. |
|---|---|

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . . . . . . ▶ ☐

STF FED3171F.2                                                                                                             Form **1040X** (Rev. 11-2001)

**AS ORIGINALLY FILED**                                                                     **AS AMENDED**

Form **1040**   Department of the Treasury—Internal Revenue Service
U.S. **Individual Income Tax Return** **1999**   (P)   TAXPAYER'S COPY
IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning , 1999, ending     OMB No. 1545-0074

**Label**
(See instructions on page 18.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: E.J.
Last name: LEBLANC
Your social security number: ___

If a joint return, spouse's first name and initial: JANICE C.
Last name: LEBLANC
Spouse's social security number: ___

Home address (number and street): 555 SHADOW OAK LANE
Apt. no.: —

City, town or post office, state, and ZIP code: MANDEVILLE, LA 70471

**Presidential Election Campaign** (See page 18.)
Do you want $3 to go to this fund? — Yes/No
If a joint return, does your spouse want $3 to go to this fund? — Yes/No

**Filing Status** (Check only one box.)
1. Single
2. ✓ Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 18.)

**Exemptions**
6a ✓ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b ✓ Spouse
c Dependents:
  (1) First name / Last name
  (2) Dependent's social security number
  (3) Dependent's relationship to you
  (4) ✓ if qualifying child for child tax credit (see page 19)

If more than six dependents, see page 19.

d Total number of exemptions claimed ............................ 2

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 147,600 |
| 8a | Taxable interest. Attach Schedule B if required | 4,329 |
| 8b | Tax-exempt interest. DO NOT include on line 8a | 1233 |
| 9 | Ordinary dividends. Attach Schedule B if required | 2,989 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 606 |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ | <1161> |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions / 15b Taxable amount | |
| 16a | Total pensions and annuities / 16b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits / 20b Taxable amount | |
| 21 | Other income. List type and amount (see page 24) MISC | 332 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 154,695 |

**Adjusted Gross Income**

| 23 | IRA deduction (see page 26) | |
| 24 | Student loan interest deduction (see page 26) | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed health insurance deduction (see page 28) | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | Add lines 23 through 31a | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 154,695 |

Handwritten margin:
147,600
4,329
2,989
606
(5) 7,219
(6) <34,084>

332
128,991

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.   Cat. No. 12599G   Form **1040** (1999)   1

**AS ORIGINALLY FILED**                                              **AS AMENDED**

Form 1040 (1999)                                                                                   Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 154,695 |
| | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | | |
| Standard Deduction for Most People | 36 | Enter your itemized deductions from Schedule A, line 28, OR standard deduction shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 18,379 |
| Single: $4,300 | 37 | Subtract line 36 from line 34 | 37 | 136,306 |
| Head of household: $6,350 | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | 38 | 5,500 |
| Married filing jointly or Qualifying widow(er): $7,200 | 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 130,806 |
| | 40 | Tax (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 31,832 |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| Married filing separately: $3,600 | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| | 43 | Child tax credit (see page 33) | 43 | |
| | 44 | Education credits. Attach Form 8863 | 44 | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify)_____ | 47 | |
| | 48 | Add lines 41 through 47. These are your total credits | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 31,832 |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | 55 | |
| | 56 | Add lines 49 through 55. This is your total tax ▶ | 56 | 31,832 |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 36,435 |
| | 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | |
| | 59a | Earned income credit. Attach Sch. EIC if you have a qualifying child | | |
| | b | Nontaxable earned income: amount ▶ _____ and type ▶ _____ | 59a | |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| | 61 | Amount paid with request for extension to file (see page 48) | 61 | |
| | 62 | Excess social security and RRTA tax withheld (see page 48) | 62 | |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your total payments ▶ | 64 | 36,435 |
| **Refund** | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you OVERPAID | 65 | 4,603 |
| Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | 66a | Amount of line 65 you want REFUNDED TO YOU ▶ | 66a | 4,603 |
| | ▶ b | Routing number | | |
| | ▶ c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d | Account number | | |
| | 67 | Amount of line 65 you want APPLIED TO YOUR 2000 ESTIMATED TAX ▶ | 67 | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the AMOUNT YOU OWE. For details on how to pay, see page 49 ▶ | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 18. Keep a copy for your records.

Your signature | Date | Your occupation | Daytime telephone number (optional)

Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed) and address ▶ CLIFFORD S. WRIGHT
Certified Public Accountant
3716 FRAN STREET
METAIRIE, LOUISIANA 70001

EIN
ZIP code

Form **1040** (1999)

*U.S. GPO: 1999-456-064*

Right margin (handwritten):
128,991

⟨19,160⟩

⟨5,500⟩
104,331

23,043

B-79

2

**AS ORIGINALLY FILED**                                                                                                    **AS AMENDED**

**SCHEDULES A&B (Form 1040)**
Department of the Treasury
Internal Revenue Service (O)

**Schedule A—Itemized Deductions**
(Schedule B is on back)
▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**1999**
Attachment Sequence No. 07

Name(s) shown on Form 1040: EJ & JL W?K?ve

Your social security number

| Section | Line | Description | Amount | Amended |
|---|---|---|---|---|
| **Medical and Dental Expenses** | 1 | Medical and dental expenses (see page A-1) | | |
| | 2 | Enter amount from Form 1040, line 34 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | — | |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 3529 | |
| | 6 | Real estate taxes (see page A-2) | 2055 | |
| | 7 | Personal property taxes | | |
| | 8 | Other taxes. List type and amount ▶ | | |
| | 9 | Add lines 5 through 8 | 5584 | **5,584** |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 9758 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | | |
| | 14 | Add lines 10 through 13 | 9758 | **9,758** |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 3890 | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 | | |
| | 17 | Carryover from prior year | | |
| | 18 | Add lines 15 through 17 | 3890 | **3,890** |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | — | **19,232** |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses- job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | | Limitation ⟨72⟩ |
| | 21 | Tax preparation fees | | **19,160** |
| | 22 | Other expenses- investment, safe deposit box, etc. List type and amount ▶ ACT FEES 1800 | 1800 | |
| | 23 | Add lines 20 through 22 | 1800 | |
| | 24 | Enter amount from Form 1040, line 34 | 154?51 | |
| | 25 | Multiply line 24 above by 2% (.02) | 3094 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | — | |
| **Other Miscellaneous Deductions** | 27 | Other- from list on page A-6. List type and amount ▶ | — | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☐ No. ... ☑ Yes. Your deduction may be limited. See page A-6 for the amount to enter. 19232 | ▶ 28 | 19379 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Cat. No. 11330X    Schedule A (Form 1040) 1999    3

**AS ORIGINALLY FILED**                                                                 **AS AMENDED**

| SCHEDULE D (Form 1040) Department of the Treasury Internal Revenue Service | Capital Gains and Losses ▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040). ▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8. | | | | | OMB No. 1545-0074 **1999** Attachment Sequence No. 12 |
|---|---|---|---|---|---|---|
| Name(s) shown on Form 1040  EJ & JC LEPLANC | | | | | | Your social security number |

### Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  SEE SCH. | | | | | (6991-) |

| | | | | | |
|---|---|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | | 2 | | | |
| 3 Total short-term sales price amounts. Add column (d) of lines 1 and 2 | | 3 SEE SCH. | | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet | | | | 6 ( ) | |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) ▶ | | | | 7 | (6991-) |

### Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) *(see instr. below) |
|---|---|---|---|---|---|---|
| 8  SEE SCH | | | | | 14210- | |
| REN CAL | VAR | 1999 | — | 8370 | 8380-) | |

▶ ABANDONED
AND Should
have been
ON FORM 4797

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | | 9 | | | | |
| 10 Total long-term sales price amounts. Add column (d) of lines 8 and 9 | | 10 SEE SCH | | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 | | |
| 13 Capital gain distributions. See page D-1 | | | | 13 | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet | | | | 14 ( ) | ( ) | |
| 15 Combine lines 8 through 14 in column (g) | | | | 15 | | |
| 16 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) ▶ Next: Go to Part III on the back. | | | | 16 | 5830- | 14,210 |

*28% Rate Gain or Loss includes all "collectibles gains and losses" (as defined on page D-5) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

For Paperwork Reduction Act Notice, see Form 1040 instructions.      Cat. No. 11338H      Schedule D (Form 1040) 1999

4

## AS ORIGINALLY FILED                                    AS AMENDED

Schedule D (Form 1040) 1999                                                                          Page 2

**Part III   Summary of Parts I and II**

| Line | Description | | Value |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | 11S( — ) → 7,219 |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:<br>• The loss on line 17, **or**<br>• ($3,000) or, if married filing separately, ($1,500) | 18 | 11S( — ) |

Next: Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
• Both lines 16 and 17 are gains, **and**
• Form 1040, line 39, is more than zero.

Next: Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:
• The loss on line 17 exceeds the loss on line 18, **or**
• Form 1040, line 37, is a loss.

**Part IV   Tax Computation Using Maximum Capital Gains Rates**       As Amended ←

| Line | Description | Orig | As Amended |
|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | 104,331 |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D ... 20  7,219 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e  21 | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0-  22  7,219 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0-  23  — | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero  24  — | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on page D-7  25 | | |
| 26 | Add lines 24 and 25  26  — | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | 7,219 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | 97,112 |
| 29 | Enter the **smaller** of:<br>• The amount on line 19, or<br>• $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | 43,050 |
| 30 | Enter the **smaller** of line 28 or line 29  30  43,050 | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0-  31  97,112 | | |
| 32 | Enter the **larger** of line 30 or line 31  ▶ 32  97,112 | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | 21,599 |
| | Note. If line 29 is less than line 28, go to line 38. | | |
| 34 | Enter the amount from line 29  34 | | |
| 35 | Enter the amount from line 28  35 | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0-  ▶ 36 | | |
| 37 | Multiply line 36 by 10% (.10) | 37 | |
| | Note. If line 27 is more than zero **and** equal to line 36, go to line 52. | | |
| 38 | Enter the **smaller** of line 19 or line 27  38  7,219 | | |
| 39 | Enter the amount from line 36  39  — | | |
| 40 | Subtract line 39 from line 38  ▶ 40  7,219 | | |
| 41 | Multiply line 40 by 20% (.20) | 41 | 1,444 |
| | Note. If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | |
| 42 | Enter the **smaller** of line 22 or line 25  42 | | |
| 43 | Add lines 22 and 32  43 | | |
| 44 | Enter the amount from line 19  44 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0-  45 | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0-  ▶ 46 | | |
| 47 | Multiply line 46 by 25% (.25) | 47 | |
| | Note. If line 24 is zero or blank, go to line 52. | | |
| 48 | Enter the amount from line 19  48 | | |
| 49 | Add lines 32, 36, 40, and 46  49 | | |
| 50 | Subtract line 49 from line 48  50 | | |
| 51 | Multiply line 50 by 28% (.28) | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | 52 | 23,043 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | 53 | 23,625 |
| 54 | **Tax on all taxable income (including capital gains). Enter the smaller of line 52 or line 53 here and on Form 1040, line 40.** | 54 | 23,043 |

LeBlanc, Jr.

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Also Involuntary Conversions and Recapture Amounts<br>Under Sections 179 and 280F(b)(2))<br>▶ Attach to your tax return.  ▶ See separate instructions. | **1999**<br>Attachment<br>Sequence No. **27** |

Name(s) shown on return: ELWOOD J. LEBLANC, JR. & JANICE L. LEBLANC

Identifying number:

1   Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 .......... **1**

**Part I   Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Property Held More Than 1 Year**

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

3   Gain, if any, from Form 4684, line 39 .......... **3**
4   Section 1231 gain from installment sales from Form 6252, line 26 or 37 .......... **4**
5   Section 1231 gain or (loss) from like-kind exchanges from Form 8824 .......... **5**
6   Gain, if any, from line 32, from other than casualty or theft .......... **6**
7   Combine lines 2 through 6. Enter the gain or (loss) here, and on the appropriate line as follows: .......... **7**

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter that amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

8   Nonrecaptured net section 1231 losses from prior years (see instructions) .......... **8**

9   Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions): .......... **9**
**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.
**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

**Part II   Ordinary Gains and Losses**

10   Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| Parnership Interest in AgriCal Venture Assoc | 1986 | Abandoned 1999 | Not Applic | Not Applic | 34,084 | (34,084) |
| | | | | | | |

11   Loss, if any, from line 7 .......... **11** (         )
12   Gain, if any, from line 7 or amount from line 8, if applicable .......... **12**
13   Gain, if any, from line 31 .......... **13**
14   Net gain or (loss) from Form 4684, lines 31 and 38a .......... **14**
15   Ordinary gain from installment sales from Form 6252, line 25 or 36 .......... **15**
16   Ordinary gain or (loss) from like-kind exchanges from Form 8824 .......... **16**
17   Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) .......... **17**
18   Combine lines 10 through 17. Enter gain or (loss) here, and on the appropriate line as follows: .......... **18** (34,084)
   a   For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.
   b   For individual returns:
      (1)   If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18b(1)." See instructions .......... **18b(1)**
      (2)   Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 .......... **18b(2)** (34,084)

For Paperwork Reduction Act Notice, see separate instructions.                                Form **4797** (1999)
ISA

STF FED5267F.1

AS AMENDED

B-83

6