# Defendant's Exhibit 14

**Internal Revenue Service** **Department of the Treasury**

**Taxpayer Identification Number:**

**Kind of Tax:**
Income
**Tax Period(s) Ended**
December 31, 1999
**Amount of Claim:**
$ 8,789.00
**Date Claim Received:**
May 30, 2002
**Person to Contact:**
Philip Rochelli

**Contact Telephone Number:**
281-721-7508
**Employee Identification Number:**
76-43-166

**Date:** JUL 1 0 2003

Elwood and Janice LeBlanc
c/o Thomas E. Redding
2914 West T.C. Jester
Houston, Texas 77018

Dear Mr. Redding:

We are sorry, but we cannot allow your claim for an adjustment to your tax, for the reasons stated below. This letter is your legal notice that we have fully disallowed your claim.

If you wish to bring suit or proceedings for the recovery of any tax, penalties, or other moneys for which this disallowance notice is issued, you may do so by filing suit with the United States District Court having jurisdiction, or the United States Claims Court. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a *Waiver of Statutory Notification of Claim Disallowance*, Form 2297, the period for bringing suit began to run on the date you filed the waiver.

We have enclosed Publication 5, *Your Appeal Rights and How to Prepare a Protest If You Don't Agree,* and Publication 594, *The IRS Collection Process,* if additional tax is due.

(over)

**Letter 906 (DO) (Rev. 6-2000)**
Cat. No. 14978B

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

Danny L. Jackson
Group Manager

Enclosures:
Publication 5
☒ Publication 594

Reasons for disallowance:

You have requested a deduction for an ordinary loss equal to your remaining basis in an AMCOR partnership. This treatment is based on abandonment or termination of that partnership interest. Internal Revenue Code section 165 governs these types of losses and states they are limited to losses incurred in a trade or business, incurred in a transaction entered into for profit or losses arising from fire...or other casualty or theft. The determination of profit motive is a partnership item determined at the partnership level. The various AMCOR partnerships were shams and had no economic substance. Thus, no loss is allowed under IRC section 165. A determination was made that allows for the capital treatment of these losses.