| Index to Appendix B | | |
|---|---|---|
| Exhibit No. | Page(s) | Description |
| 1 | 0002 | Rule 248(c) Notice of Settlement Filed April 11, 1997 in *Agri-Cal Venture Assoc. v. Commissioner* before the Tax Court at docket no. 12530-90 |
| 2 | 0004-0005 | Rule 248(c) Notice of Settlement Filed Jul 31, 1997 in *Agri-Cal Venture Assoc. v. Commissioner* before the Tax Court at docket no. 12530-90 |
| 3 | 0007 | Rule 248(c) Notice of Settlement Filed April 10, 1997 in *Agri-Cal Venture Assoc. v. Commissioner* before the Tax Court at docket no. 12530-90 |
| 4 | 0009-0017 | Motion for Leave to Treat the Request for Consistent Settlement on Behalf of Elwood J. LeBlanc, Jr. and Janice L. LeBlanc as a Timely Request for Consistent Settlement Under I.R.C. §6224(c)(2) Filed by the IRS on March 3, 2000 in *Agri-Cal Venture Assoc. v. Commissioner* before the Tax Court at docket no. 12530-90 |
| 5 | 0019-0021 | IRS Memorandum dated January 6, 2000 |
| 6 | 0023-0028 | IRS Form CG-4549A for James D. Crocker Dated May 8, 2002 with Transmittal Letter and Attachments |
| 7 | 0030-0037 | IRS Form CG-4549A for James D. Crocker Dated May 8, 2002 with Transmittal Letter and Attachments |
| | 0038-0040 | Rule 56(f) Declaration of Teresa J. Womack |

# Plaintiffs' Exhibit 1

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
APR 11 1997

AGRI-CAL VENTURE ASSOCIATES, '97 APR 11
WILLIAM T. AND CARROLL S. FLOWERS,
Partners Other Than
the Tax Matters Partner

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 12530-90

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that James B. Jackson, Jr., who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 248(b) has entered into a settlement agreement under section 6224(c)(1) on March 10, 1997, with respect to the partnership items for the 1986 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), James B. Jackson, Jr. is no longer a party to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

PLAINTIFFS' EXHIBIT
1
05-743 T

# Plaintiffs' Exhibit 2

ORIGINAL

RECEIVED
DOCKET ROOM
'97 JUL 31

UNITED STATES TAX COURT

UNITED STATES
TAX COURT
FILED
JUL 31 1997

| | |
|---|---|
| AGRI-CAL VENTURE ASSOCIATES, WILLIAM T. AND CARROLL S. FLOWERS, A Partner Other Than the Tax Matters Partner<br><br>Petitioners,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | Docket No. 12530-90 |

## NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable year ending November 30, 1986, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Dennis A. Georges | 5-20-97 |
| Anita P. Georges | 5-20-97 |
| Edward John O'Neill, Jr. | 5-16-97 |
| E. W. Plaut | 4-23-97 |
| Herbert L. Watrous | 4-28-97 |

PLAINTIFFS' EXHIBIT 2
05-743 T

Eleanor B. Watrous 4-28-97
Richard A. Levacy 4-28-97
Janie M. Montgomery 5-7-97
Charles L. Ottinger, Jr. 5-8-97

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 28 1997

By: [signature]

MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

# Plaintiffs' Exhibit 3

PETITIONER COPY

F.C. Rost

UNITED STATES TAX COURT

| | | |
|---|---|---|
| AGRI-CAL VENTURE ASSOCIATES, WILLIAM T. AND CARROLL S. FLOWERS, Partners Other Than the Tax Matters Partner | ) | |
| Petitioners, | ) | |
| v. | ) | Docket No. 12530-90 |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that James B. Jackson, Jr., who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) has entered into a settlement agreement under section 6224(c)(1) on March 10, 1997, with respect to the partnership items for the 1986 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), James B. Jackson, Jr. is no longer a party to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel



PLAINTIFFS' EXHIBIT
3
05-743 T