IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-743 T
(Judge Francis M. Allegra)

ELWOOD J. LEBLANC, JR. and JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION FOR LEAVE TO ADVISE THE COURT OF RECENT AUTHORITY

Defendant files this motion for leave to advise the Court of recent authority relevant to defendant's pending motion to dismiss. In support of this motion, defendant submits the following:

The parties recently completed the briefing of defendant's motion to dismiss. In the course of that briefing, defendant cited a district court decision, *Nault v. United States*, No. 04-cv-479-PB, 2007 WL465310 (D.N.H. Feb. 9, 2007), which granted summary judgment against another AMCOR investor ("Nault") who claimed loss deductions upon the alleged worthlessness of his AMCOR partnership interests. (*See* Def.'s Br. in Support of Mot. to Dismiss at 12, 15, Def.'s Reply Br. in Support of Mot. to Dismiss at 13-14.) After defendant filed its reply brief in this case on February 15, 2008, defendant's attorneys learned that, on that same day, the First Circuit affirmed the district court's decision in *Nault*. *See Nault v. United States*, _____ F.3d _____ (1st Cir. 2008), 2008 WL 400260 (1st Cir., Feb. 15, 2008).

Respectfully submitted,

s/Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/ Steven I. Frahm

February 27, 2008

Of Counsel