# In The United States Court of Federal Claims

No. 05-743 T

(Filed: September 10, 2008)

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on defendant's motion to dismiss will be held in this case via telephone on Thursday, October 16, 2008, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled oral argument.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge