# In The United States Court of Federal Claims

No. 05-743 T

(Filed: October 16, 2008)

_____

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On October 16, 2008, the court held oral argument on defendant's motion to dismiss. Participating in the argument were Thomas E. Redding on behalf of plaintiffs, and Karen E. Servidea on behalf of defendant. The court hereby orders:

1. On or before November 7, 2008, plaintiff shall file a motion to amend its complaint.

2. On or before December 5, 2008, defendant shall file its response to plaintiff's motion to amend its complaint.

**IT IS SO ORDERED.**

                                                     s/Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge