# In The United States Court of Federal Claims

No. 05-743 T

(Filed: November 21, 2008)

_____

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 21, 2008, defendant filed an unopposed motion for a 45-day enlargement of time in which to respond to plaintiff's amended complaint. The motion is hereby **GRANTED**. Accordingly, on or before January 10, 2009, defendant shall file its response to plaintiff's amended complaint. **No further enlargements of this deadline will be granted.**

    **IT IS SO ORDERED.**

                                         s/Francis M. Allegra  
                                         Francis M. Allegra  
                                         Judge