# In The United States Court of Federal Claims

No.  05-743 T

(Filed:  February 4, 2009)

_____

ELWOOD J. LEBLANC, JR. AND JANICE L.
LEBLANC,

               Plaintiffs,

    v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On January 12, 2009, defendant filed an answer to plaintiff's amended complaint.  On or before March 3, 2009, the parties shall file a joint preliminary status report pursuant to RCFC Appendix A ¶ 3.

**IT IS SO ORDERED.**

s/Francis M. Allegra_____
Francis M. Allegra
Judge