# In The United States Court of Federal Claims

No. 05-743T

(Filed: June 3, 2009)

_____

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on defendant's summary judgment motion will be held in this case via telephone on Wednesday, July 8, 2009, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled oral argument.

**IT IS SO ORDERED.**

        s/Francis M. Allegra
        Francis M. Allegra
        Judge