# In The United States Court of Federal Claims

No. 05-743 C

(Filed:  April 11, 2011)

_____

ELWOOD J. LEBLANC, JR. AND JANICE L. LEBLANC,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

    Pursuant to the March 31, 2011, mandate from the United States Court of Appeals for the Federal Circuit, the Clerk is hereby directed to dismiss this complaint.

    **IT IS SO ORDERED.**

                                            s/Francis M. Allegra
                                            Francis M. Allegra
                                            Judge